## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| Healthe, Inc., | ) | Case No. 21-11567 (CSS) |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Healthe, Inc. as a debtor in the above-captioned chapter 7 case (the "<u>Debtor</u>"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "***Schedules***") and Statements of Financial Affairs (the "***Statements***") with the United States Bankruptcy Court for the District of Delaware (the "***Bankruptcy Court***"), pursuant to section 521 of title 11 of the United States Code (the "***Bankruptcy Code***") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "***Global Notes***") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("***GAAP***"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. Moreover, given, among other things, the uncertainty surrounding the collection of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtor relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or

subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtor reserves all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate.  Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

Mr. David Quigley has signed of the Schedules and Statements.  Mr. Quigley is the Chief Financial Officer of the Debtor.  In reviewing and signing the Schedules and Statements, Mr. Quigley has relied upon the efforts, statements and representations of various personnel employed by the Debtor.  Mr. Quigley has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements.  Furthermore, the fact that the Debtor has prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes to the rest of the Debtor's Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.**  In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights**.  Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist.  The Debtor reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("***Claim***") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim.  Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtor.  Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or

9793265.v2

avoid transfers.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases**.  On December 10, 2021 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of November 30, 2021.  The Debtor has updated the amounts, where practical, for accounts in which they believe there have been material modifications since November 30, 2021 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements.  Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date.  Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Real Property and Personal Property – Leased**.  In the ordinary course of business, the Debtor may lease real property, furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses.  Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of their rights with respect to any such issue.

**Recharacterization**.  Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities**.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

**Insiders**.  For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) officers; (c) senior vice presidents; (d) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (e) relatives of directors, officers or shareholders of the Debtor (to the extent known by the Debtor); and (f) non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to:  (a) such person's influence over the control of the Debtor;

(b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose.  The Schedules and Statements include certain officers that were terminated prior to the Petition Date and have noted as such.

**Intellectual Property Rights**.  Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.  Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Executory Contracts**.

Other than real property leases reported in Schedule A/B 55, the Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate.  The Debtor's executory contracts  and unexpired leases have been set forth in Schedule G.

**Classifications**.  Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**.  Schedules D, and E/F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated."  Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection.  The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification.  Additionally, the Debtor expressly reserves all of its rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated."  Moreover, listing a claim does not constitute an admission of liability by the Debtor.

**Causes of Action**.  Despite their reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers (collectively, "***Causes of Action***") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies**.  The following is a summary of significant reporting policies:

9793265.v2

a.    <u>Undetermined Amounts</u>.  The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b.    <u>Totals</u>.  All totals that are included in the Schedules and Statements represent totals of all known amounts.  To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c.    <u>Liens</u>.  Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

d.    <u>Currency</u>.  Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.**  The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.**  The Debtor incurs certain setoffs and other similar rights during the ordinary course of business.  Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its suppliers or customers.  These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately.  Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Estimates.**  To close the books and records of the Debtor as of the Petition Date, the Debtor weas required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtor reserves all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

## Specific Disclosures with Respect to the Debtor's Schedules

**Schedules Summary.**  The asset and liability information provided herein, with the exception of accounts payable, represents the Debtor's data as of November 30, 2021, except, where practical, the Debtor has updated the accounts for which they believe there has been material activity prior to the Petition Date and have reflected such amounts as of the Petition Date.  The accounts payable reflects the Debtor's balances as of the Petition Date.  Due to the timing of the preparation and filing of these Schedules and Statements, certain invoices, payments, credits, and offsets may have not yet been received and processed prior and thus may not be reflected in these Schedules and Statements. These Schedules and Statements reflect the Debtor's good faith efforts to report this information as close to accurate as is reasonably possible.

5

**Schedule A/B 3**.  Cash balances are listed as of the Petition Date.

**Schedule A/B 11**.  Accounts receivable balances are listed as of November 30, 2021.

**Schedule A/B 19-22.**  Inventory reflects the inventory at cost based on the third party's perpetual stock ledger inventory reports.

**Schedules A/B 60-65.**  Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an unknown amount or at their net book value.  The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedules A/B 74 and A/B 75.**  In the ordinary course of their businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, credits, or refunds.  Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed in the Schedules.  The Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.  The listing at item A/B 74.1 relates to the Debtor's potential right to indemnification from an entity that is not a party to the captioned proceeding.

**Schedule D.**  The Debtor has not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  In addition, unless otherwise stated, the Debtor has not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases.  The Debtor reserves all of their rights to amend Schedule D.  Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F.**

The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F, based upon the Debtor's books and records as of November 30, 2021, with adjustments for payments made between November 30, 2021 and the Petition Date.

Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

6

9793265.v2

**Schedule G.**  Although reasonable efforts have been made to ensure the accuracy of the Debtor's Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.  The Debtor reserves all of their rights with respect to such agreements.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Further, the Debtor reserves all of its rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on Schedule G.

The Debtor reserves all of its rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease.  The Debtor reserves all of its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

<u>**Specific Disclosures with Respect to the Debtor's Statements**</u>

**Statement 3.**  Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11).  The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for

9793265.v2

multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtor's cash management system.

Statement 3 does not include certain payments made.  Statement 3 does not include the regularly scheduled payroll disbursements to all employees.

**Statement 4.**  With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, relocation reimbursement and/or severance and the like.  Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtor's employees, has not been included.

Solely for purposes of the Schedules and Statements, the Debtor defines "Insiders" to include the following: (a) vice presidents; (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of the Debtor; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor).  To the extent that former vice presidents or officers were not Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statements.  The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7.**  The Debtor reserve all rights with respect to the suits and proceedings included in Statement.  7.  Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Statement 26d.**  The Debtor has provided financial statements in the ordinary course of their businesses to numerous parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtor generally does not track such sharing.  Moreover, the parties with which the Debtor has shared such financial statements may be in turn further shared the financial statements with other entities without the Debtor's knowledge or consent.

**Statement 30.**  The information that would otherwise be included in Statement 30 is contained in Statement 4 and is not duplicated in Statement 30.

9793265.v2

**Fill in this information to identify the case:**

Debtor name: Healthe Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 21-11567

☐ **Check if this is an amended filing**

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**1. Schedule A/B: Assets - Real and Personal Property** (Official Form 206A/B)

| | |
|---|---:|
| 1a. **Real property:** | $205,460.65 |
| Copy line 88 from Schedule A/B | |
| 1b. **Total personal property:** | $11,999,560.11 |
| Copy line 91A from Schedule A/B | |
| 1c. **Total of all property:** | $12,205,020.76 |
| Copy line 92 from Schedule A/B | |

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D) | $0.00

Copy the total dollar amount listed in Column A, Amount of claim, from line 3 of Schedule D

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

| | |
|---|---:|
| 3a. **Total claim amounts of priority unsecured claims:** | $195.99 |
| Copy the total claims from Part 1 from line 5a of Schedule E/F | |
| 3b. **Total amount of claims of nonpriority amount of unsecured claims:** | $15,098,855.11 |
| Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F | |

**4. Total Liabilities** | $15,099,051.10

Lines 2 + 3a + 3b

**Fill in this information to identify the case:**

Debtor name: Healthe Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 21-11567

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1 | | | |
| Regions Bank | Checking | 6806 | $399,524.39 |
| 3.2 | | | |
| Regions Bank | Checking | 5349 | $11,104.34 |
| **4. Other cash equivalents** *(Identify all)* | | | |
| 4.1 | | | $0.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$410,628.73

### Part 2:    Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **7. Deposits, including security deposits and utility deposits** | |
| Description, including name of holder of deposit | |

7.1

FPL Security Deposit for New office Eau Gallie .......................................................... $2,924.78

7.2

HW-EDGE FL, LLC, Security Deposit .......................................................... $8,031.38

7.3

Tavistock Development Management, LLC, Security Deposit Lake Nona .......................................................... $2,500.00

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

8.1

Prepaid Consulting/Maint Fees .......................................................... $206,047.11

8.2

Prepaid Insurance, USI - general business insurance .......................................................... $79,283.28

8.3

Prepaid Inventory .......................................................... $520,781.14

8.4

Prepaid Vendors - Non-inventory .......................................................... $15,932.20

8.5

Travel Advances/Due From Employees .......................................................... $58,333.31

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81. 

| $893,833.20 |
|---|

| **Part 3:** | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**11. Accounts receivable**

| | | | | | |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $94,977.32 — | $2,286.11 | = ........ ➜ | $92,691.20 |
| | | face amount | doubtful or uncollectible accounts | | |
| 11b. | Over 90 days old: | $653,180.58 — | $384,259.62 | = ........ ➜ | $268,920.96 |
| | | face amount | doubtful or uncollectible accounts | | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82. 

| $361,612.16 |
|---|

## Part 4:   Investments

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|
| **14. Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 14.1 | | $0.00 |
| **15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:       % of ownership: | | |
| 15.1 | | $0.00 |
| **16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 16.1 | | $0.00 |

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

## Part 5:   Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1   Accessory | 12/31/2020 | $403,279.51 | Net Book Value | $403,279.51 |
| **20. Work in progress** | | | | |
| 20.1   Component / Sub-assembly | 12/31/2020 | $4,257,577.87 | Net Book Value | $4,188,697.87 |
| **21. Finished goods, including goods held for resale** | | | | |
| 21.1   Finished Goods | 12/31/2020 | $3,903,146.22 | Net Book Value | $3,837,869.57 |
| **22. Other inventory or supplies** | | | | |
| 22.1 | | | | $0.00 |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

$8,429,846.95

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | | | |
| 28.1 _____ | _____ | _____ | $0.00 |
| **29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 29.1 _____ | _____ | _____ | $0.00 |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 30.1 _____ | _____ | _____ | $0.00 |
| **31. Farm and fishing supplies, chemicals, and feed** | | | |
| 31.1 _____ | _____ | _____ | $0.00 |
| **32. Other farming and fishing-related property not already listed in Part 6** | | | |
| 32.1 _____ | _____ | _____ | $0.00 |

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

$0.00

**34. Is the debtor a member of an agricultural cooperative?**

☐ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☐ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☐ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Fixtures | $229,298.15 | historical acuisition cost, net of depreciation | $173,477.89 |
| **40. Office fixtures** | | | |
| 40.1 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 Computer Equipment | $97,153.26 | historical acuisition cost, net of depreciation | $35,450.66 |
| 41.2 Software | $47,033.20 | historical acuisition cost, net of depreciation | $9,394.90 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1    $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.    $218,323.45

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1 | | | $0.00 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Mftg & Test Equipment | $25,238.46 | historical acquisition cost, net of depreciation | $20,064.88 |
| 50.2<br>Mftg & Test Equip - R&D | $25,223.55 | historical acquisition cost, net of depreciation | $18,833.80 |
| 50.3<br>Tools and Molds | $25,360.00 | historical acuisition cost, net of depreciation | $7,771.68 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $46,670.36 |
|---|---|

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 9: | Real Property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>Leasehold Improvements | | $213,930.01 | historical acquisition cost, net of depreciation | $205,460.65 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $205,460.65 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 10:** | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1<br>See Schedule 60 Attachment | | | Unknown |
| **61. Internet domain names and websites** | | | |
| 61.1<br>https://healtheinc.com | | | Unknown |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| 63.1 | | | $0.00 |
| **64. Other intangibles, or intellectual property** | | | |
| 64.1<br>Logo | | | Unknown |
| **65. Goodwill** | | | |
| 65.1 | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| Unknown |
|---|

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No

☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☐ No

☑ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☐ No

☑ Yes

| Part 11: | All other assets |
| --- | --- |

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.

☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
| --- | --- |

**71. Notes receivable**
Description (include name of obligor)

| 71.1 | | | | | |
| --- | --- | --- | --- | --- | --- |
| Maxik - Note Receivable and Accrued Interest | $813,941.80 | – | = → | | $819,327.20 |
| | total face amount | | doubtful or uncollectible amount | | |

| 71.2 | | | | | |
| --- | --- | --- | --- | --- | --- |
| Morris - Note Receivable and Accrued Interest | $235,720.23 | – | = → | | $237,279.84 |
| | total face amount | | doubtful or uncollectible amount | | |

| 71.3 | | | | | |
| --- | --- | --- | --- | --- | --- |
| LSG - Note Receivable and Accrued Interest | $578,212.50 | – | = → | | $582,038.22 |
| | total face amount | | doubtful or uncollectible amount | | |

All Notes are payable for the ownership of Series A P/S shares

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

| 72.1 | | | |
| --- | --- | --- | --- |
| | Tax year | | $0.00 |

**73. Interests in insurance policies or annuities**

| 73.1 | |
| --- | --- |
| | $0.00 |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

| 74.1 | |
| --- | --- |
| Debtor seeks to recover funds for litigation from Eden Park regarding Healthe Inc v. HIGH ENERGY OZONE LLC d/b/a FAR-UV STERILRAY; S. EDWARD NEISTER; AND PATHOGEN PATH CONSULTING LLC, Case no. 6:20-cv- 02233 | Unknown |

| Nature of Claim | Indemnification claim |
| --- | --- |
| Amount requested | Unquantified amount |

Debtor   Healthe Inc.
Name

Case number *(if known)* 21-11567

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

$0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

$0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

$0.00

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

$1,638,645.26

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

**Part 12:**  Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $410,628.73 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $893,833.20 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $361,612.16 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $8,429,846.95 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $218,323.45 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $46,670.36 | |
| **88. Real property.** Copy line 56, Part 9. | ➔ | $205,460.65 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | Unknown | |
| **90. All other assets.** Copy line 78, Part 11. | $1,638,645.26 | |
| **91. Total.** Add lines 80 through 90 for each column    91a. | $11,999,560.11 | 91b.    $205,460.65 |
| **92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92. | | $12,205,020.76 |

**SCHEDULE AB 60 Exhibit ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

| | IP Title | Patent List | | | | | |
|---|---|---|---|---|---|---|---|
| | | ApplicationStatus | Filing date | Pat num | Issue date | IP Country | Current Value |
| 60.1 | Adaptable Biologically-Adjusted Indirect Lighting Device and Associated Methods | Issued | 01/06/2014 | 8963450 | 02/24/2015 | US | Unknown |
| 60.2 | Adaptable Light System and Associated Methods | Issued | 02/25/2013 | 9681522 | 06/13/2017 | US | Unknown |
| 60.3 | CONCEALED AIR SANITIZATION DEVICE WITH UV LIGHT SOURCES | Expired | 8/17/2020 | | | US | Unknown |
| 60.4 | CONCEALED AIR SANITIZATION DEVICE WITH UV LIGHT SOURCES | Pending | 8/17/2021 | | | US | Unknown |
| 60.5 | Dome Light Apparatus for UV-Deactivation of Pathogens | Expired | 03/27/2020 | | | US | Unknown |
| 60.6 | DOME LIGHT APPARATUS FOR UV-DEACTIVATION OF PATHOGENS | Expired | 3/27/2020 | | | US | Unknown |
| 60.7 | Doorknob Sterilization System | Expired | 05/22/2020 | | | US | Unknown |
| 60.8 | DOORKNOB STERILIZATION SYSTEM | Expired | 5/22/2020 | | | US | Unknown |
| 60.9 | Downlight Apparatus for UV-Deactication of Pathogens | Expired | 03/27/2020 | | | US | Unknown |
| 60.10 | Downlight Apparatus for UV-Deactivation of Pathogens | Being Drafted | | | | PCT | Unknown |
| 60.11 | Downlight Apparatus for UV-Deactivation of Pathogens | Being Drafted | | | | US | Unknown |
| 60.12 | DOWNLIGHT APPARATUS FOR UV-DEACTIVATION OF PATHOGENS | Expired | 3/27/2020 | | | US | Unknown |
| 60.13 | DOWNLIGHT APPARATUS FOR UV-DEACTIVATION OF PATHOGENS | Pending | 3/29/2021 | | | US | Unknown |
| 60.14 | Dual Characteristic Color Conversion Enclosure and Associated Methods | Abandoned | 01/24/2012 | 8545034 | 10/01/2013 | US | Unknown |
| 60.15 | ELEVATOR STERILIZATION SYSTEM | Expired | 5/14/2020 | | | US | Unknown |
| 60.16 | Elevator Sterilization System and Associated Methods | Expired | 05/14/2020 | | | US | Unknown |
| 60.17 | Elevator Sterilization System and Associated Methods | Abandoned | 05/14/2021 | | | US | Unknown |
| 60.18 | Elevator Sterilization System and Associated Methods | Being Drafted | | | | PCT | Unknown |
| 60.19 | ELEVATOR STERILIZATION SYSTEM AND ASSOCIATED METHODS | Pending | 5/14/2021 | | | US | Unknown |
| 60.20 | Keypad Sterilization System and Associated Methods | Expired | 05/14/2020 | | | US | Unknown |
| 60.21 | KEYPAD STERILIZATION SYSTEM AND ASSOCIATED METHODS | Expired | 5/14/2020 | | | US | Unknown |
| 60.22 | LED Fluid Purification System and Method | Issued | 01/04/2013 | 8840845 | 09/23/2014 | US | Unknown |
| 60.23 | LED Fluid Purification System and Method | Issued | 12/07/2010 | 8420022 | 04/16/2013 | US | Unknown |
| 60.24 | LED Fluid Purification System and Methods | Issued | 06/11/2013 | EP 2649012 | 08/09/2017 | EP | Unknown |
| 60.25 | LED Fluid Purification System and Methods | Issued | 10/14/2017 | EP 2649012 | 08/09/2017 | UK | Unknown |
| 60.26 | LED Fluid Purification System and Methods | Issued | 10/14/2017 | EP 2649012 | 08/09/2017 | IE | Unknown |
| 60.27 | LED Fluid Purification System and Methods | Issued | 10/14/2017 | EP 2649012 | 08/09/2017 | CH | Unknown |
| 60.28 | LED Fluid Purification System and Methods | Issued | 10/14/2017 | EP 2649012 | 08/09/2017 | FR | Unknown |
| 60.29 | LED Fluid Purification System and Methods | Issued | 10/14/2017 | EP 2649012 | 08/09/2017 | NL | Unknown |
| 60.30 | LED Fluid Purification System and Methods | Issued | 10/14/2017 | EP 2649012 | 08/09/2017 | IT | Unknown |
| 60.31 | LED Fluid Purification System and Methods | Issued | 10/14/2017 | EP 2649012 | 08/09/2017 | DE | Unknown |
| 60.32 | LED Lamp for Producing Biologically-Adjusted Light | Issued | 04/06/2016 | 9693414 | 06/27/2017 | US | Unknown |
| 60.33 | LED Lamp for Producing Biologically-Adjusted Light Including a Cyan LED | Issued | 03/11/2016 | 9913341 | 03/06/2018 | US | Unknown |
| 60.34 | LED Lamp for Producing Biologically-Corrected Light | Issued | 10/15/2012 | 8643276 | 02/04/2014 | US | Unknown |
| 60.35 | LED Lamp for Producing Biologically-Corrected Light | Issued | 07/26/2012 | 8446095 | 05/21/2013 | US | Unknown |
| 60.36 | LED Lamp for Producing Biologically-Corrected Light | Issued | 06/30/2011 | 8324808 | 12/04/2012 | US | Unknown |
| 60.37 | LED Lamp for Producing Biologically-Corrected Light | Issued | 07/23/2010 | 8253336 | 08/28/2012 | US | Unknown |
| 60.38 | LED Lamp for Producing Biologically-Corrected Light | Issued | 01/18/2013 | 2596283 | 03/24/2021 | EP | Unknown |
| 60.39 | LED Lamp for Producing Biologically-Corrected Light | Issued | 01/16/2013 | 5907962 | 04/01/2019 | JP | Unknown |
| 60.40 | LED Lamp for Producing Biologically-Corrected Light | Issued | 07/13/2011 | ZL201180036133.9 | 09/03/2014 | CN | Unknown |
| 60.41 | LED Lamp for Producing Biologically-Corrected Light | Abandoned | 11/15/2013 | | | HK | Unknown |
| 60.42 | LED Lamp for Producing Biologically-Corrected Light | Issued | 06/16/2014 | 2785171 | 06/24/2020 | EP | Unknown |
| 60.43 | LED Lamp for Producing Biologically-Corrected Light | Issued | 07/23/2011 | I560404 | 12/01/2016 | TW | Unknown |
| 60.44 | LED Lamp for Producing Biologically-Corrected Light | Issued | 01/23/2013 | 224378 | 01/30/2016 | IL | Unknown |
| 60.45 | LED Lamp for Producing Biologically-Corrected Light | Issued | 08/30/2013 | HK1182757 | 08/07/2015 | HK | Unknown |
| 60.46 | LED Lamp for Producing Biologically-Corrected Light | Issued | 06/16/2014 | 2785171 | 06/24/2020 | FR | Unknown |
| 60.47 | LED Lamp for Producing Biologically-Corrected Light | Issued | 06/16/2014 | 2785171 | 06/24/2020 | DE | Unknown |
| 60.48 | LED Lamp for Producing Biologically-Corrected Light | Issued | 06/16/2014 | 2785171 | 06/24/2020 | UK | Unknown |
| 60.49 | Mems Wavelength Converting Lighting Device And Associated Methods | Issued | 03/28/2011 | 8384984 | 02/26/2013 | US | Unknown |
| 60.50 | PORTABLE UV SANITIZATION DEVICE | Expired | 8/17/2020 | | | US | Unknown |
| 60.51 | PORTABLE UV SANITIZATION DEVICE | Pending | 8/17/2021 | | | US | Unknown |
| 60.52 | PORTAL APPARATUS FOR UV DEACTIVATION OF PATHOGENS | Pending | 3/23/2021 | | | US | Unknown |
| 60.53 | Portal Apparatus for UV-Deactivation of Pathogens | Expired | 03/23/2020 | | | US | Unknown |
| 60.54 | Portal Apparatus for UV-Deactivation of Pathogens | Being Drafted | | | | US | Unknown |
| 60.55 | Portal Apparatus for UV-Deactivation of Pathogens | Being Drafted | | | | PCT | Unknown |
| 60.56 | PORTAL APPARATUS FOR UV-DEACTIVATION OF PATHOGENS | Expired | 3/23/2020 | | | US | Unknown |
| 60.57 | Programmable Luminaire and Programmable Luminaire System | Issued | 04/07/2014 | 8933638 | 01/13/2015 | US | Unknown |
| 60.58 | Programmable Luminaire System | Issued | 01/28/2013 | 8729832 | 05/20/2014 | US | Unknown |
| 60.59 | Radiated Energy Sterilization Device and Associated Method | Issued | 06/03/2015 | 9597420 | 03/21/2017 | US | Unknown |
| 60.60 | Sterilizing Cabinet with Perforated Shelves and Vibration | Expired | 05/14/2020 | | | US | Unknown |
| 60.61 | STERILIZING CABINET WITH PERFORATED SHELVES AND VIBRATION | Expired | 5/14/2020 | | | US | Unknown |
| 60.62 | System and Associated Methods for Dynamically Adjusting Circadian Rhythm Responsive to Identified Future Events | Issued | 03/26/2018 | 10258808 | 04/16/2019 | US | Unknown |
| 60.63 | System and Method for Providing Multi-Functional Lighting Using High-Efficiency Lighting Elements in an Environment | Issued | 08/09/2004 | 7824065 | 11/02/2010 | US | Unknown |
| 60.64 | System for Detecting and Analyzing Motion for Pattern Prediction and Associated Methods | Issued | 02/05/2015 | 9412253 | 08/09/2016 | US | Unknown |
| 60.65 | System For Dynamically Adjusting Circadian Rhythm Responsive To Scheduled Events And Associated Methods | Issued | 04/10/2017 | 9974973 | 05/22/2018 | US | Unknown |
| 60.66 | System for Dynamically Adjusting Circadian Rhythm Responsive to Scheduled Events And Associated Methods | Issued | 01/06/2015 | 9827439 | 11/28/2017 | US | Unknown |
| 60.67 | System for Electrostatic Removal of Debris and Associated Methods | Issued | 03/14/2014 | 8978187 | 03/17/2015 | US | Unknown |
| 60.68 | System for Generating Non-Homogenous Biologically-Adjusted Light and Associated Methods | Issued | 03/14/2013 | 8743023 | 06/03/2014 | US | Unknown |
| 60.69 | System for Generating Non-Homogenous Biologically-Adjusted Light and Associated Methods | Issued | 09/11/2015 | 6367912 | 07/13/2018 | JP | Unknown |
| 60.70 | System for Generating Non-Homogenous Biologically-Adjusted Light and Associated Methods | Issued | 04/24/2014 | 9265968 | 02/23/2016 | US | Unknown |
| 60.71 | System for Generating Non-Homogenous Light and Associated Methods | Issued | 05/08/2014 | 9595118 | 03/14/2017 | US | Unknown |
| 60.72 | System for Generating Non-Homogenous Light and Associated Methods | Issued | 12/10/2012 | 8760370 | 06/24/2014 | US | Unknown |
| 60.73 | System for Generating Non-Homogenous Light and Associated Methods | Issued | 01/30/2017 | 9723682 | 08/01/2017 | US | Unknown |
| 60.74 | System for Treating Light Treatable Conditions and Associated Methods | Issued | 03/15/2013 | 9174067 | 11/03/2015 | US | Unknown |
| 60.75 | System, User Device and Associated Methods for Dynamically Adjusting Circadian Rhythm Responsive to Future Events | Issued | 02/08/2019 | 10765886 | 09/08/2020 | US | Unknown |
| 60.76 | Three-Channel Tuned LED Lamp for Producing Biologically-Adjusted Light | Issued | 10/14/2014 | 9289574 | 03/22/2016 | US | Unknown |
| 60.77 | Three-Channel Tuned LED Lamp for Producing Biologically-Adjusted Light | Abandoned | 06/13/2017 | CN106999723B | 11/22/2019 | CN | Unknown |
| 60.78 | Three-Channel Tuned LED Lamp for Producing Biologically-Adjusted Light | Pending | 04/13/2017 | | | EP | Unknown |
| 60.79 | Three-Channel Tuned LED Lamp for Producing Biologically-Adjusted Light | Pending | 04/16/2017 | | | UAE | Unknown |
| 60.80 | Three-Channel Tuned LED Lamp for Producing Biologically-Adjusted Light | Pending | 04/08/2021 | | | EP | Unknown |

**SCHEDULE AB 60 Exhibit ATTACHMENT**
Patents, Copyrights, Trademarks, and Trade Secrets

| | Patent List | | | | | | |
|---|---|---|---|---|---|---|---|
| | IP Title | ApplicationStatus | Filing date | Pat num | Issue date | IP Country | Current Value |
| 60.81 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 09/23/2014 | 9131573 | 09/08/2015 | US | Unknown |
| 60.82 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 01/27/2014 | 8941329 | 01/27/2015 | US | Unknown |
| 60.83 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 08/16/2013 | 8866414 | 10/21/2014 | US | Unknown |
| 60.84 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 08/16/2013 | 8841864 | 09/23/2014 | US | Unknown |
| 60.85 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 12/05/2011 | 8686641 | 04/01/2014 | US | Unknown |
| 60.86 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 07/21/2016 | EP3139081 | 06/12/2019 | FR | Unknown |
| 60.87 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 07/21/2016 | EP3139081 | 06/12/2019 | UK | Unknown |
| 60.88 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 07/21/2016 | EP3139081 | 06/12/2019 | DE | Unknown |
| 60.89 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 07/21/2016 | EP3139081 | 06/12/2019 | DK | Unknown |
| 60.90 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 09/08/2017 | HK1235846 | 06/05/2020 | HK | Unknown |
| 60.91 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 06/03/2014 | CN 104114932 B | 10/20/2017 | CN | Unknown |
| 60.92 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 12/05/2012 | 6283880 | 02/09/2018 | JP | Unknown |
| 60.93 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 12/05/2012 | EP2788674 | 08/31/2016 | UK | Unknown |
| 60.94 | TUNABLE LED LAMP FOR PRODUCING BIOLOGICALLY-ADJUSTED LIGHT | Issued | 11/30/2016 | 2788674 | 08/31/2016 | TR | Unknown |
| 60.95 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 11/19/2019 | 2788674 | 08/31/2016 | CH | Unknown |
| 60.96 | TUNABLE LED LAMP FOR PRODUCING BIOLOGICALLY-ADJUSTED LIGHT | Issued | 12/16/2016 | EP2788674 | 08/31/2016 | SK | Unknown |
| 60.97 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 11/19/2019 | 2788674 | 08/31/2016 | DE | Unknown |
| 60.98 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 11/19/2019 | 2788674 | 08/31/2016 | FR | Unknown |
| 60.99 | Tunable led lamp for producing biologically-adjusted light | Issued | 12/15/2016 | 2788674 | 08/31/2016 | CZ | Unknown |
| 60.100 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 11/19/2019 | 2788674 | 08/31/2016 | IR | Unknown |
| 60.101 | Tunable LED Lamp for Producing Biologically-Adjusted Light | Issued | 09/22/2017 | CN 107588336B | 09/08/2020 | CN | Unknown |
| 60.102 | Tunable LED Lamp for Producing Biologically-Adjusted Light and Associated Methods | Issued | 06/26/2014 | 9024536 | 05/05/2015 | US | Unknown |
| 60.103 | Tuneable LED Lamp for Producing Biologically-Adjusted Light | Issued | 12/05/2012 | EP2788674 | 08/31/2016 | IT | Unknown |
| 60.104 | Wavelength Converting Lighting Device and Associated Methods | Issued | 04/02/2014 | 9036244 | 05/19/2015 | US | Unknown |
| 60.105 | Wavelength Converting Lighting Device and Associated Methods | Issued | 10/03/2012 | 8730558 | 05/20/2014 | US | Unknown |
| 60.106 | Wavelength Converting Therapeutic Treatment and Associated Methods | Allowed | 03/30/2017 | | | US | Unknown |
| 60.107 | Wavelength Sensing Lighting System and Associated Methods | Closed | 07/16/2014 | 9125275 | 09/01/2015 | US | Unknown |

**Fill in this information to identify the case:**

Debtor name: Healthe Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 21-11567

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

Be as complete and accurate as possible.

| Part 1: | List Creditors Who Have Claims Secured by Property |

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|---|
| 2.1 | | | |

Date debt was incurred?

Last 4 digits of account number

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A amount: $0.00

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**

$0.00

Debtor    Healthe Inc.

Name

Case number *(if known)* 21-11567

## Part 2: List Others to Be Notified for a Debt That You Already Listed

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| 3.1 | | |

**Fill in this information to identify the case:**

Debtor name: Healthe Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 21-11567

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | Total claim | Priority amount |
|---|---|---|

2.1

Washington Department of Revenue, Executive Office, PO Box 47450, Olympia, WA 98504-7450

**As of the petition filing date, the claim is:**    $195.99    $195.99
*Check all that apply.*

**Date or dates debt was incurred**

☑ Contingent

☑ Unliquidated

☑ Disputed

**Last 4 digits of account number**

**Basis for the claim:**
Sales Tax

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( 8 )

**Is the claim subject to offset?**

☑ No

☐ Yes

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | Amount of claim |
|---|---|

**3.1**

Advanced Circuits, Inc., 21101 E. 32nd Parkway, Aurora, CO 80011

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$10.00

**3.2**

Akerman LLP, PO Box 4906, Orlando, FL 32802

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$46,449.45

**3.3**

Alvarez and Marsal Private Equity Perform, 600 Madison Ave, 8th Floor, New York, NY 10022

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$747,747.00

Debtor    Healthe Inc.
          Name

Case number *(if known)* 21-11567

---

**3.4**

Amazon.com, 410 Terry Ave N, Seattle, WA98109-5210

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $14,261.01
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.5**

AMEX, 9517 Clement Rd, Silver Spring, MD 20910

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $4,245.10
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.6**

Argentum, Olivia Wilson, PO Box 34701, Alexandria, VA 22334

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $2,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.7**

Arrow Electronics Inc., 400 N Executive Dr, Brookfield, WI 53005

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $8,259.97
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Healthe Inc.
         Name                                                    Case number (if known) 21-11567

3.8

B2B Gateway.Net, Payment Processing Center, PO Box 838, Hope Valley, RI 2832

**Date or dates debt was incurred**

| | |
|---|---|

**As of the petition filing date, the claim is:**                    $149.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.9

Barnes & Thornburg LLP, One North Wacker Drive, Suite 4400, Chicago, IL 60606

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $402,899.06
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.10

BDO USA LLP, 201 S. Orange Ave. Suite 800, Orlando, FL 32801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.11

Besser Energy, SAPI de CV., Calle de la Industria 215, Industrial Mar, N.L., Santa Catarina, 66367

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,425.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.12

BMAS AGENCY LTD, 1st Floor, 239 Kensington High Street, Lo, 1st Floor, London, W8 6SN, England

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $1,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.13

Bright House Networks 0050708269-01, PO Box 7195, Pasadena, CA 91109

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $951.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.14

Buchanan Ingersoll-Rooney, Suite 500, Harrisburg, PA 17101-1357

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $10,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.15

Clarivate Analytics (Compumark) Inc., PO Box 3773, Carol Stream, IL 60132

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $2,043.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**

☑ No

☐ Yes

3.16

Crystal IS, 70 Cohoes Avenue, Green Island, NY 12183

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,662,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.17

Davidoff Hutcher & Citron LLP, 605 Third Avenue, New York, NY
10158

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $49,761.64
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.18

De Lage Landen, 1111 Old Eagle School Rd, Wayne, PA 19087

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $425.60
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.19

Dekko Lighting, 2505 Dekko Drive, Garrett, IN 46738

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $11,159.08
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.20**

DHL Express USA INC., 16416 Northchase Dr., Houston, TX 77060

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,284.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.21**

Digi-Key 971788, 701 Brooks Ave South, PO Box 677, Thief River Falls, MN 56701

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $101.29
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.22**

DONGXING ELECTRIC CO LTD,NINGBO, No. 1001, South Wushan Road, Qiaotou Town, South Wushan, Cixi City, China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $50,627.86
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.23**

Dynamism,Inc, 207 East Ohio St, Suite 200, Chicago, IL 60611

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $894.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.24

eBay, 2025 Hamilton Ave, San Jose, CA 95125

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $224.45
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.25

Eden Park Illumination, 903 N Country Fair Dr, Champaign, IL 61821

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                $18,900.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.26

Empire SEO, 350 5th Ave., New York, NY 10118

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $2,000.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.27

Energetic Lighting, 13445 12th Street, Chino, CA 91710

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $576.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Healthe Inc.
          Name                                                    Case number *(if known)* 21-11567

3.28
        eplastics, 5535 Ruffin Road, San Diego, CA 92123          **As of the petition filing date, the claim is:**          $2,556.61
                                                                  *Check all that apply.*
        **Date or dates debt was incurred**                      ☐ Contingent

                                                                  ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
                                                                  Trade Payable

                                                                  **Is the claim subject to offset?**
                                                                  ☑ No

                                                                  ☐ Yes

3.29
        Express Assembly, 8231 Amity Cir, Gaithersburg, MD 20877-1163    **As of the petition filing date, the claim is:**    $1,540.59
                                                                  *Check all that apply.*
        **Date or dates debt was incurred**                      ☐ Contingent

                                                                  ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
                                                                  Trade Payable

                                                                  **Is the claim subject to offset?**
                                                                  ☑ No

                                                                  ☐ Yes

3.30
        Express Services Inc., 9701 Boardwalk Blvd, Oklahoma City, OK    **As of the petition filing date, the claim is:**    $152.53
        73162                                                     *Check all that apply.*
        **Date or dates debt was incurred**                      ☐ Contingent

                                                                  ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
                                                                  Trade Payable

                                                                  **Is the claim subject to offset?**
                                                                  ☑ No

                                                                  ☐ Yes

3.31
        Far UV Solutions, 2500 Summer Street, Suite 1130, Houston, TX    **As of the petition filing date, the claim is:**    $903.00
        77077                                                     *Check all that apply.*
        **Date or dates debt was incurred**                      ☐ Contingent

                                                                  ☐ Unliquidated

                                                                  ☐ Disputed

                                                                  **Basis for the claim:**
                                                                  Trade Payable

                                                                  **Is the claim subject to offset?**
                                                                  ☑ No

                                                                  ☐ Yes

3.32

FBRC8 LLC, 5808 Ferguson Rd, Bartlett, TN, 38134

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $249.75
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.33

Fifty Pound Brains, LLC (Wes Naylor), Suite 111, Winter Park, FL 32789

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $12,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.34

FPL, General Mail Facility, Miami, FL 33188

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $1,459.96
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.35

Fusion Optix, 17 Wheeling Ave, Woburn, MA 1801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $1,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.36**

Gebruder Weiss, Inc., 4345 International Pkwy, Ste. 100, Hapeville, GA 30354

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,863.94

**3.37**

Graystone Studios, LTD, 405 Kilvert St, Suite F, Warwick, RI, 02886

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,009.25

**3.38**

Haynes and Boone, LLP, 2505 North Plano Road, Suite 4000, Richardson, TX 75082

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$6,501.60

**3.39**

High Energy Ozone LLC, 30 Centre Road, Suite 6, Somersworth, New Hampshire 03878

**Date or dates debt was incurred**

As of the petition filing date, the claim is:
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

Debtor   Healthe Inc.
         Name                                          Case number (if known) 21-11567

**3.40**

Hiltzik Strategies, 99 Madison Avenue, 17th Floor, New York, NY
10016

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $28,750.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.41**

Hire an Esquire, Inc, 100 S Juniper St, Ste 704, Philadelphia, PA
19107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                  $3,162.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.42**

HW-Edge FL LLC, 61 State Route 2040, Bentleyville, PA 15314

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $89,788.05
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Unpaid Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.43**

HW-EDGE FL, LLC, 61 State Route 2044, Bentleyville, PA 15314

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                 $31,013.09
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor   Healthe Inc.
Name

Case number *(if known)* 21-11567

---

3.44

Image Printing dba Jet Press, 320 N Atlantic Ave, Suite 6A, Cocoa Beach, FL, 32931

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,642.90

---

3.45

Intertek Testing Services, 545 East Algonquin Road, Arlington Heights, IL 60005

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$32,528.00

---

3.46

IPUDA Lighting Technology Co, Floor 3, Building B Yuandong Industrial Z, Xuexiang Villiage, Bantian Road, Shenzhen, Long Gang District, China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$390.00

---

3.47

Johnston, Smith L (SAB), 1402 Redway Lane, Houston, TX 77062

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$2,500.00

**3.48**

JW Winco, 2815 S Calhoun Rd, New Berlin, WI 53151-0035

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $1,815.89
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.49**

Kappa Computer Systems LLC, 767 Stirling Center Place, STE 1401, Lake Mary, FL 32746

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $11,479.13
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.50**

Kirkland & Ellis LLP, 300 North LaSalle, Chicago, IL 60654

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $639,514.37
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

**3.51**

Koppa, Sunil, 14320 Jockey Circle S, Davie, FL 33330

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $12,500.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.52

Leading Age EXPO, 2519 Connecticut Ave NW, Washington, DC 20008

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$1,375.00

3.53

LNT Office II, LLC, c/o O'Connor Prop Management, 240 Royal Palm Way, 2nd Floor, Palm Beach, FL 33480

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

$276,710.14

3.54

Longhorn Intelligent Tech Co., Ltd., Longhorn Hi-tech Estate, Gongyeyuan Rd., Dalang Str. Longhua District, Shenzhen 518109, China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$475.00

3.55

Lowes, 1000 Lowe's Blvd, Mooresville, NC 28117

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$507.34

Debtor    Healthe Inc.
Name

Case number *(if known)* 21-11567

3.56

LSG, Pegasus Capital Advisors L.P., Attn: Brian Friedman, 750 East Main Street, Suite 600, Stamford, CT 06902

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Unknown

3.57

Martynowski, Robert, 1195 Yacht Club Blvd, Indian Harbour Beach, FL 32937

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$7.48

3.58

Maxik, Fredric , 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Employment Agreement and Vacation Balance

**Is the claim subject to offset?**
☑ No
☐ Yes

$252,963.44

3.59

Mean Well USA Inc., 44030 Fremont Blvd, Fremont, CA 94538

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

$10,397.97

Debtor    Healthe Inc.
          Name
Case number *(if known)* 21-11567

3.60

Meltwater News US Inc., 225 Bush St. Suite 1000, San Francisco, CA
94104

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                    $19,400.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.61

Modern Marketing Concepts, Inc, 29 Industrial Park Drive,
Binghamton, NY 13904

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $119,663.49
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.62

NetSuite, 9517 Clement Rd, Silver Spring, MD 20910

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $144,548.54
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No
☐ Yes

3.63

Nichia Corporation, 491 Oka, Kaminaka-Cho, Anan-Shi, Tokushima,
Japan 774-8601

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                      Unknown
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
Pending Litigation

**Is the claim subject to offset?**
☑ No
☐ Yes

Debtor    Healthe Inc.
Name

Case number *(if known)* 21-11567

3.64

Nishad Khan P.L., 1303 N Orange Ave, Orlando, FL, 32804

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$875.00

3.65

OnSite Computer Specialists dba Cohere Gr, 2552 Meadow ln., Cocoa, FL 32926

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$7,985.42

3.66

Optronics Laboratories, 4632 36th St, Orlando, FL, 32811

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$2,840.00

3.67

Polaris Consulting, LLC, PO Box 1304, Alexandria, VA 22313

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$45,900.00

3.68

Professional Plastics, 1810 E. Valencia Dr., Fullerton, CA

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,224.03
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.69

ProtoCAM, 6620 Grant Way, Allentown, PA 18106

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $1,400.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.70

Quigley, David, 918 Versailles Ct, Melbourne, FL 32940

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $25,961.54
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Vacation Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

3.71

QWorks Group Inc, 1057 Red Ventures Drive, Fort Mill, SC 29707

**Date or dates debt was incurred**

As of the petition filing date, the claim is:    $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.72

Rebar Advisors DBA Jaby Products (Weiner), 19 Red Barn Road, Wayland, MA 1778

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $2,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.73

Regalight LLC, 38 S. Dietz Mill Rd, Telford, PA 18969

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,066.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.74

Relevent Sports LLC (Ben Sosenko), 323 20th Street Apt 1A, Brooklyn, NY 11215

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $5,000.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.75

Robert Half Finance & Accounting, PO Box 743295, Los Angeles, CA 90074-3295

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $46,250.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.76

Round Table Group / United Expert Holdings, LLC, 909 W. Euclid Ave #1687, Arlington Heights,, IL 60006-1687

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $3,206.25
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.77

Rubberfeetwarehouse, 2221 Earleaf Ct, Longwood, FL 32779

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $4,387.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.78

SAMFOR Lighting Technology CO., FLAT/RM B1 BLK B 6/F, PROFICIENT IND CENTRE, 6 WANG KWUN ROAD KOWLOON BAY,

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $418.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.79

Sandline Discovery LLC, 105 North Virginia Ave,, Suite 302, Falls Church, VA 22046

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                                    $11,178.71
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Healthe Inc.
Name

Case number *(if known)* 21-11567

**3.80**

Secretary of State - Georgia, 9517 Clement Rd, Silver Spring, MD 20910

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$50.00

**3.81**

Seepersad / P-Lolly Services, Inc, 12517 Calderwood St, Raleigh, NC 27614

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$5,118.29

**3.82**

Senior LED Limited, Level 9,Building 1,Area A No. 7 Industria, Yulv Guangming New District, Shenzhen, 51800, China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$91.63

**3.83**

Shenzhen Bentuo Electronic Technology Co., Shenzhen Bentuo Electronic Tech, Block 1, Shancheng Industrial Park, Shenzhen, China

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$4,474.40

3.84

Shenzhen riyuejia Packing Material Co.,Ltd, Bldg A, 2F, ChangFeng
Rd, Fuzhen Industrial Park,, Changzhen Community, GuangMing
New District, Ban'an District, Shenzhen City, China

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                          $647.06
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.85

SMR Trust, 30 Hudson Yards, New York, NY 10001

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                       $8,209,228.85
*Check all that apply.*
☑ Contingent

☑ Unliquidated

☑ Disputed

**Basis for the claim:**
LT Note Payable and Accrued Interest

**Is the claim subject to offset?**
☑ No

☐ Yes

3.86

SMTC _ MC ASSEMBLY, 425 North Drive, Melbourne, FL 32934

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                        $71,449.90
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.87

Spartan Websites, 2A W Holly Drive, Benton, AR 72712

**Date or dates debt was incurred**

As of the petition filing date, the claim is:                         $1,990.00
*Check all that apply.*
☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor    Healthe Inc.
Name

Case number *(if known)* 21-11567

3.88

SunshineWelding, 760 Mullet Drive, Cape Canaveral, FL 32920

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$282.00

3.89

SuperBrightLeds.com, 4400 Earth City Expy N, Earth City, MO 63045

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,064.80

3.90

Surplus Center, 1015 West "O" Street, Lincoln, NE 68528

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$10,404.55

3.91

TAMCO, 11675 SW Tom Mackie Blvd., Port St Lucie, FL 34987

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$174.00

3.92

Thomson Reuters 903452319, PO Box 71687, Chicago, IL 60694

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$3,364.93

---

3.93

Todd Bracher Studio LLC, 212 S Oxford St, PHB, Brooklyn, NY 11217

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$73,187.50

---

3.94

Tracer Inc, 13551 W. 43rd Drive, Unit O, Golden, CO 80403

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$69,948.92

---

3.95

Troutman Pepper Hamilton Sanders LLP, 600 Peachtree Street NE, Suite 3000, Atlanta, GA 30308

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

$33,208.00

3.96

TTI INC, 2441 Northeast Pkwy, Fort Worth, TX 76107

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $397.50
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.97

Tupperware Brands Corporation, 14901 S. Orange Blossom Trail,
Orlando, FL 32837

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                   $26,583.38
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Unpaid Rent

**Is the claim subject to offset?**
☑ No

☐ Yes

3.98

U-LineShipping Supplies, Accounts Receivables, PO Box 88741,
Chicago, IL 60680

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $626.19
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.99

UPS SC-Brokerage, 28013 Network Place, Chicago, IL 60673

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                                     $871.39
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.100

Ushio America, 5440 Cerritos Drive, Cypress, CA 90630

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $7.44
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.101

USI Insurance Services, Attn: Matt Simmons, 2502 N Rocky Point Dr,
Suite 400, Tampa, FL, 33607

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $36,279.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.102

Vaco, 5501 Virginia Way, Suite 120, Brentwood, TN 37027

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $6,160.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.103

Verizon Wireless 971903647-00001, PO Box 660108, Dallas, TX
75266

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $494.72
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

Debtor  Healthe Inc.
Name

Case number *(if known)* 21-11567

---

**3.104**

Walker Design LLC, 135 W. CENTRAL BLVD, SUITE 120, ORLANDO, FL 32801

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $4,680.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☑ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.105**

Waller Lansden Dortch & Davis, LLP, PO Box 198966, Nashville, TN 37219

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $3,792.00
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.106**

Walter Paul Rajchert, John, 2245 Portico Green, Wayzata, MN 55391

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $565,873.40
*Check all that apply.*

☑ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Employment Agreement and Vacation Balance

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**3.107**

Widerman Malek Attorneys at Law, ACH Remittance, 1990 W New Haven Ave, Suite 201, Melbourne, FL 32904

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**                    $24,568.17
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

| Debtor | Healthe Inc. | Case number *(if known)* 21-11567 |
|--------|--------------|-----------------------------------|
|        | Name         |                                   |

Case 21-11567-MFW    Doc 3    Filed 12/10/21    Page 52 of 57

3.108

Widerman Malek Attorneys at Law, Trust, 1990 W New Haven Ave, Suite 201, Melbourne, FL, 32904

**As of the petition filing date, the claim is:**          $1,240.49
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

3.109

Zhongshan Bebon Lighting, No.13, Jiehui 14th Street, Sanshan Village, Henglan Town, Zhongshan City, Guangdong, China

**As of the petition filing date, the claim is:**          $7,139.45
*Check all that apply.*

☐ Contingent

☐ Unliquidated

☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Trade Payable

**Is the claim subject to offset?**
☑ No

☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

---

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|--------------------------|----------------------------------------------------------------------------|------------------------------------------|
| 4.1 | Line | |
| | ☐ Not listed. Explain | |

---

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

---

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|--|--|------------------------|
| 5a. **Total claims from Part 1** | 5a. | $195.99 |
| 5b. **Total claims from Part 2** | 5b. | $15,098,855.11 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $15,099,051.10 |

<table>
<tr><td><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name: Healthe Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 21-11567

☐ **Check if this is an amended filing**

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

| Schedule G: | Executory Contracts and Unexpired Leases |
|---|---|

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.1 **State what the contract or lease is for and the nature of the debtor's interest** Pay Supply Contract<br>**State the term remaining** 2 years<br>**List the contract number of any government contract** | Crystal IS, 70 Cohoes Avenue, Green Island, NY 12183 |
| 2.2 **State what the contract or lease is for and the nature of the debtor's interest** Consulting Agreementc<br>**State the term remaining** Evergreen (requires 15 day notice)<br>**List the contract number of any government contract** | Fifty Pound Brains, 213 W. Comstock Ave, Suite 111, Winter Park, FL 32789 |
| 2.3 **State what the contract or lease is for and the nature of the debtor's interest** Employment Contract<br>**State the term remaining** June 30, 2022<br>**List the contract number of any government contract** | Fred Maxik, 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 |

Debtor    Healthe Inc.
          Name

Case number *(if known)* 21-11567

| 2.4 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Office Rent | HW-EDGE FL, LLC, 61 State Route 2044, Bentleyville, PA 15314 |
|---|---|---|---|
| | State the term remaining | 4 years | |
| | List the contract number of any government contract | | |

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | Employment Contract | John Rajchert, 2245 Portico Green, Wayzata, MN 55391 |
|---|---|---|---|
| | State the term remaining | 1 year | |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | IT Hosting and Service Agreement | Kappa Computer Systems LLC, 9517 Clement Rd, Silver Spring, MD 20910 |
|---|---|---|---|
| | State the term remaining | March 1, 2024 | |
| | List the contract number of any government contract | | |

| 2.7 | State what the contract or lease is for and the nature of the debtor's interest | Printer Lease Agreement | Kyocera, PO Box 746800, Atlanta, GA 30374 |
|---|---|---|---|
| | State the term remaining | April 27, 2026 | |
| | List the contract number of any government contract | | |

| 2.8 | State what the contract or lease is for and the nature of the debtor's interest | Lease - Office Rent | LNT Office II, LLC, 6900 Tavistock Lakes Blvd, Ste 200, Orland, FL 32827 |
|---|---|---|---|
| | State the term remaining | 5 years | |
| | List the contract number of any government contract | | |

| 2.9 | State what the contract or lease is for and the nature of the debtor's interest | Rainmaker Agreement | MBJ Holdings, 304 S Fayette St, Alexandria, VA 22314 |
|---|---|---|---|
| | State the term remaining | Evergreen (requires 15 day notice) | |
| | List the contract number of any government contract | | |

2.10  **State what the contract or lease is for and the nature of the debtor's interest**

Cloud Computing Contract (ERP)

NetSuite, 9517 Clement Rd, Silver Spring, MD 20910

**State the term remaining**

3 years

**List the contract number of any government contract**

2.11  **State what the contract or lease is for and the nature of the debtor's interest**

Software Contract (CRM)

Salesforce.com, One Market St, Suite 300, San Francisco, CA 94105

**State the term remaining**

2 years

**List the contract number of any government contract**

2.12  **State what the contract or lease is for and the nature of the debtor's interest**

Lease - Office Rent

Tupperware Brands Corporation, 14901 S. Orange Blossom Trail, Orlando, FL 32837

**State the term remaining**

5 years

**List the contract number of any government contract**

**Fill in this information to identify the case:**

Debtor name: Healthe Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 21-11567

☐ **Check if this is an amended filing**

Official Form 206H

## Schedule H: Codebtors

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1. Does the debtor have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.**

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
| --- | --- | --- | --- |
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | | | ☐ D |
| | | | ☐ E/F |
| | | | ☐ G |

| Fill in this information to identify the case: |
|---|
| Debtor name: Healthe Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 21-XXXXX |

☐ Check if this is an
amended filing

## Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* _____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a _____
declaration

I declare under penalty of perjury that the foregoing is true and correct.

_____

Executed on

12 / 10 / 21

_____
Signature of individual signing on behalf of debtor
David Quigley

Printed name
Chief Financial Officer

Position or relationship to debtor