## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) Chapter 7 |
| | ) |
| Healthe, Inc., | ) Case No. 21-11567 (CSS) |
| | ) |
| | ) |
| Debtor. | ) |
| | ) |

## GLOBAL NOTES, METHODOLOGY AND SPECIFIC
## DISCLOSURES REGARDING THE DEBTOR'S SCHEDULES OF
## ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

### Introduction

Healthe, Inc. as a debtor in the above-captioned chapter 7 case (the "Debtor"), with the assistance of their advisors, have filed their respective Schedules of Assets and Liabilities (the "*Schedules*") and Statements of Financial Affairs (the "*Statements*") with the United States Bankruptcy Court for the District of Delaware (the "*Bankruptcy Court*"), pursuant to section 521 of title 11 of the United States Code (the "*Bankruptcy Code*") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "*Bankruptcy Rules*").

These Global Notes, Methodology, and Specific Disclosures Regarding the Debtor's Schedules of Assets and Liabilities and Statements of Financial Affairs (the "*Global Notes*") pertain to, are incorporated by reference in, and comprise an integral part of all of the Debtor's Schedules and Statements. The Global Notes should be referred to, considered, and reviewed in connection with any review of the Schedules and Statements.

The Schedules and Statements do not purport to represent financial statements prepared in accordance with Generally Accepted Accounting Principles in the United States ("*GAAP*"), nor are they intended to be fully reconciled with the financial statements of the Debtor. Additionally, the Schedules and Statements contain unaudited information that is subject to further review and potential adjustment, and reflect the Debtor's reasonable best efforts to report the assets and liabilities of the Debtor. Moreover, given, among other things, the uncertainty surrounding the collection of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date (as defined herein) or at any time before the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time before the Petition Date.

In preparing the Schedules and Statements, the Debtor relied upon information derived from their books and records that was available at the time of such preparation. Although the Debtor has made reasonable efforts to ensure the accuracy and completeness of such financial information, inadvertent errors or omissions, as well as the discovery of conflicting, revised, or

subsequent information, may cause a material change to the Schedules and Statements. Accordingly, the Debtor reserves all of their rights to amend, supplement, or otherwise modify the Schedules and Statements as is necessary and appropriate. Notwithstanding the foregoing, the Debtor shall not be required to update the Schedules and Statements.

Mr. David Quigley has signed of the Schedules and Statements. Mr. Quigley is the Chief Financial Officer of the Debtor. In reviewing and signing the Schedules and Statements, Mr. Quigley has relied upon the efforts, statements and representations of various personnel employed by the Debtor. Mr. Quigley has not (and could not have) personally verified the accuracy of each statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

The Global Notes are in addition to any specific notes contained in any Debtor's Schedules or Statements. Furthermore, the fact that the Debtor has prepared Global Notes or specific notes with respect to any information in the Schedules and Statements and not to other information in the Schedules and Statements should not be interpreted as a decision by the Debtor to exclude the applicability of such Global Notes or specific notes to the rest of the Debtor's Schedules and Statements, as appropriate.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

## Global Notes and Overview of Methodology

**Global Notes Control.** In the event that the Schedules and Statements differ from the Global Notes, the Global Notes shall control.

**Reservation of Rights.** Reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements; however, inadvertent errors or omissions may exist. The Debtor reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to any claim ("***Claim***") description, or designation; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtor. Furthermore, nothing contained in the Schedules and Statements shall constitute a waiver of rights with respect to the Debtor's chapter 7 cases, including, without limitation, issues involving Claims, substantive consolidation, defenses, equitable subordination, recharacterization, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or

2

avoid transfers.  Any specific reservation or rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**Description of Cases**.  On December 10, 2021 (the "***Petition Date***"), the Debtor filed a voluntary petition for relief under chapter 7 of the Bankruptcy Code.

**Net Book Value of Assets**.  It would be prohibitively expensive, unduly burdensome and an inefficient use of estate assets for the Debtor to obtain current market valuations for all of their assets.  Accordingly, unless otherwise indicated, the Debtor's Schedules and Statements reflect net book values as of November 30, 2021.  The Debtor has updated the amounts, where practical, for accounts in which they believe there have been material modifications since November 30, 2021 and have reflected those amounts, to the best of their ability, as of the Petition Date or as otherwise indicated in the Schedules and Statements.  Additionally, because the book values of assets such as patents, trademarks and copyrights may materially differ from their fair market values, they are listed as undetermined amounts as of the Petition Date.  Furthermore, assets which have fully depreciated or were expensed for accounting purposes do not appear in these Schedules and Statements as they have no net book value.

**Real Property and Personal Property – Leased**.  In the ordinary course of business, the Debtor may lease real property, furniture, fixtures and office equipment from certain third-party lessors for use in the daily operation of their businesses.  Nothing in the Schedules and Statements is or shall be construed as an admission regarding any determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtor reserves all of their rights with respect to any such issue.

**Recharacterization**.  Notwithstanding the Debtor's reasonable best efforts to properly characterize, classify, categorize or designate certain Claims, assets, executory contracts, unexpired leases and other items reported in the Schedules and Statements, the Debtor may nevertheless have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtor's business.  Accordingly, the Debtor reserves all of its rights to recharacterize, reclassify, recategorize, redesignate, add or delete items reported in the Schedules and Statements at a later time as is necessary or appropriate as additional information becomes available, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

**Liabilities**.  The liabilities listed on the Schedules do not reflect any analysis of claims under section 503(b)(9) of the Bankruptcy Code.

**Insiders**.  For purposes of the Schedules and Statements, the Debtor defines "insiders" to include the following: (a) directors; (b) officers; (c) senior vice presidents; (d) shareholders holding in excess of 5% of the voting shares of one of the Debtor entities (whether directly or indirectly); (e) relatives of directors, officers or shareholders of the Debtor (to the extent known by the Debtor); and (f) non-Debtor affiliates.

Persons listed as "insiders" have been included for informational purposes only.  The Debtor does not take any position with respect to:  (a) such person's influence over the control of the Debtor;

(b) the management responsibilities or functions of such individual; (c) the decision-making or corporate authority of such individual; or (d) whether such individual could successfully argue that he or she is not an "insider" under applicable law, including the federal securities laws, or with respect to any theories of liability or for any other purpose. The Schedules and Statements include certain officers that were terminated prior to the Petition Date and have noted as such.

**Intellectual Property Rights**. Exclusion of certain intellectual property shall not be construed as an admission that such intellectual property rights have been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, terminated, assigned, expired by their terms or otherwise transferred pursuant to a sale, acquisition or other transaction.

**Executory Contracts**.

Other than real property leases reported in Schedule A/B 55, the Debtor has not necessarily set forth executory contracts and unexpired leases as assets in the Schedules and Statements, even though these contracts and leases may have some value to the Debtor's estate. The Debtor's executory contracts and unexpired leases have been set forth in Schedule G.

**Classifications**. Listing a claim on (a) Schedule D as "secured," (b) Schedule E/F part 1 as "priority," (c) Schedule E/F part 2 as "unsecured" or (d) listing a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such claims or contracts or leases or to setoff of such claims.

**Claims Description**. Schedules D, and E/F permit the Debtor to designate a claim as "disputed," "contingent" and/or "unliquidated." Any failure to designate a claim on the Debtor's Schedules as "disputed," "contingent" or "unliquidated" does not constitute an admission by that Debtor that such amount is not "disputed," "contingent" or "unliquidated," or that such claim is not subject to objection. The Debtor reserves all of its rights to dispute, or assert offsets or defenses to, any claim reflected on their respective Schedules and Statements on any grounds, including liability or classification. Additionally, the Debtor expressly reserves all of its rights to subsequently designate such claims as "disputed," "contingent" or "unliquidated." Moreover, listing a claim does not constitute an admission of liability by the Debtor.

**Causes of Action**. Despite their reasonable efforts to identify all known assets, the Debtor may not have listed all of its causes of action or potential causes of action against third-parties as assets in the Schedules and Statements, including, without limitation, causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers (collectively, "***Causes of Action***") it may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any Claims or Causes of Action or in any way prejudice or impair the assertion of such Claims or Causes of Action.

**Summary of Significant Reporting Policies**. The following is a summary of significant reporting policies:

9793265.v2

a. <u>Undetermined Amounts</u>. The description of an amount as "unknown," "TBD" or "undetermined" is not intended to reflect upon the materiality of such amount.

b. <u>Totals</u>. All totals that are included in the Schedules and Statements represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

c. <u>Liens</u>. Property and equipment listed in the Schedules are presented without consideration of any liens that may attach (or have attached) to such property and equipment.

d. <u>Currency</u>. Unless otherwise indicated, all amounts are reflected in U.S. dollars.

**Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtor's books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtor. The Debtor reserves all of its rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

**Setoffs.** The Debtor incurs certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, pricing discrepancies, returns, warranties, and other disputes between the Debtor and its suppliers or customers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtor's industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

**Estimates.** To close the books and records of the Debtor as of the Petition Date, the Debtor weas required to make estimates, allocations, and assumptions that affect the reported amounts of assets, liabilities, revenue and expenses as of the Petition Date. The Debtor reserves all rights, but shall not be required, to amend the reported amounts of assets, revenue, and expenses to reflect changes in those estimates and assumptions.

## <u>Specific Disclosures with Respect to the Debtor's Schedules</u>

**Schedules Summary.** The asset and liability information provided herein, with the exception of accounts payable, represents the Debtor's data as of November 30, 2021, except, where practical, the Debtor has updated the accounts for which they believe there has been material activity prior to the Petition Date and have reflected such amounts as of the Petition Date. The accounts payable reflects the Debtor's balances as of the Petition Date. Due to the timing of the preparation and filing of these Schedules and Statements, certain invoices, payments, credits, and offsets may have not yet been received and processed prior and thus may not be reflected in these Schedules and Statements. These Schedules and Statements reflect the Debtor's good faith efforts to report this information as close to accurate as is reasonably possible.

**Schedule A/B 3**.  Cash balances are listed as of the Petition Date.

**Schedule A/B 11**.  Accounts receivable balances are listed as of November 30, 2021.

**Schedule A/B 19-22.**  Inventory reflects the inventory at cost based on the third party's perpetual stock ledger inventory reports.

**Schedules A/B 60-65.**  Intangibles and Intellectual Property listed in Schedules A/B 60-65 are listed as an unknown amount or at their net book value.  The fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

**Schedules A/B 74 and A/B 75.**  In the ordinary course of their businesses, the Debtor may have accrued, or may subsequently accrue, certain rights to counter-Claims, setoffs, credits, or refunds. Because such Claims are unknown to the Debtor and not quantifiable as of the Petition Date, they may not be listed in the Schedules.  The Debtor's failure to list any cause of action, claim, or right of any nature is not an admission that such cause of action, claim, or right does not exist, and should not be construed as a waiver of such cause of action, claim, or right.  The listing at item A/B 74.1 relates to the Debtor's potential right to indemnification from an entity that is not a party to the captioned proceeding.

**Schedule D.**  The Debtor has not included parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights.

Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.  In addition, unless otherwise stated, the Debtor has not included on Schedule D parties that may hold liens on personal property or in connection with equipment leases.  The Debtor reserves all of their rights to amend Schedule D.  Nothing herein shall be construed as an admission by the Debtor of the legal rights of the claimant or a waiver of the Debtor's rights to recharacterize or reclassify such Claim or contract.

**Schedule E/F.**

The Debtor has used reasonable efforts to report all general unsecured Claims against the Debtor on Schedule E/F, based upon the Debtor's books and records as of November 30, 2021, with adjustments for payments made between November 30, 2021 and the Petition Date.

Although reasonable efforts have been made to identify the date of incurrence of each Claim, determining the date upon which each Claim on Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtor does not list a date for each Claim listed on Schedule E/F. Furthermore, claims listed on Schedule E/F have been aggregated by unique creditor name and remit to address and may include several dates of incurrence for the aggregate balance listed.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases.  Additionally, Schedule E/F does not include potential rejection damage Claims, of the counterparties to executory contracts and unexpired leases that may be rejected.

**Schedule G.**  Although reasonable efforts have been made to ensure the accuracy of the Debtor's Schedule G, inadvertent errors may have occurred.  Certain information, such as the contact information of the counter-party, may not be included where such information could not be obtained using the Debtor's reasonable efforts.  Listing a contract or agreement on Schedule G does not constitute an admission that such contract or agreement was an executory contract or unexpired lease as of the Petition Date or is valid or enforceable.  The Debtor hereby reserves all of its rights to dispute the validity, status or enforceability of any contracts, agreements or leases set forth on Schedule G and to amend or supplement Schedule G as necessary.  Certain of the leases and contracts listed on Schedule G may contain certain renewal options, guarantees of payment, indemnifications, options to purchase, rights of first refusal and other miscellaneous rights.  Such rights, powers, duties and obligations are not set forth separately on Schedule G.

Certain confidentiality and non-disclosure agreements may not be listed on Schedule G.  The Debtor reserves all of their rights with respect to such agreements.

In addition, the Debtor may have entered into various other types of agreements in the ordinary course of their businesses, such as subordination, nondisturbance, and attornment agreements, supplemental agreements, settlement agreements, amendments/letter agreements, title agreements and confidentiality agreements.  Such documents may not be set forth on Schedule G.  Further, the Debtor reserves all of its rights to alter or amend these Schedules to the extent that additional information regarding the Debtor obligor to such executory contracts becomes available.  Certain of the executory agreements may not have been memorialized and could be subject to dispute.  Executory agreements that are oral in nature have not been included on Schedule G.

The Debtor reserves all of its rights, Claims and causes of action with respect to the contracts on Schedule G, including the right to dispute or challenge the characterization of the structure of any transaction or any document or instrument related to a creditor's Claim.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease.  The Debtor's rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.  Schedule G may be amended at any time to add any omitted contract, agreement or lease.

The listing of any contract on Schedule G does not constitute an admission by the Debtor as to the validity of any such contract or that such contract is an executory contract or unexpired lease.  The Debtor reserves all of its rights to dispute the effectiveness of any such contract listed on Schedule G or to amend Schedule G at any time to remove any contract.

## Specific Disclosures with Respect to the Debtor's Statements

**Statement 3.**  Statement 3 includes any disbursement or other transfer made by the Debtor within 90 days before the Petition Date except for those made to insiders (which payments appear in response to Statement 4), employees, and bankruptcy professionals (which payments appear in response to Statement 11).  The amounts listed in Statement 3 reflect the Debtor's disbursements netted against any check level detail; thus, to the extent a disbursement was made to pay for

9793265.v2

multiple invoices, only one entry has been listed on Statement 3. All disbursements listed on Statement 3 are made through the Debtor's cash management system.

Statement 3 does not include certain payments made. Statement 3 does not include the regularly scheduled payroll disbursements to all employees.

**Statement 4.** With respect to individuals, the amounts listed reflect certain payments and transfers to such individuals, including, without limitation, compensation, bonus (if any), expense reimbursement, relocation reimbursement and/or severance and the like. Amounts paid on behalf of such employee for certain life and disability coverage, which coverage is provided to all of the Debtor's employees, has not been included.

Solely for purposes of the Schedules and Statements, the Debtor defines "Insiders" to include the following: (a) vice presidents; (b) senior level officers, (c) equity holders holding in excess of 5% of the voting securities of the Debtor; (d) Debtor affiliates; and (e) relatives of any of the foregoing (to the extent known by the Debtor). To the extent that former vice presidents or officers were not Insiders at the time of the transfer, such benefits and payments are not included in the Schedules and Statements. The listing of a party as an Insider in the Schedules and Statements, however, is not intended to be, nor shall be, construed as a legal characterization or determination of such party as an actual insider and does not act as an admission of any fact, claim, right or defense, and all such rights, claims, and defenses are hereby expressly reserved.

**Statement 7.** The Debtor reserve all rights with respect to the suits and proceedings included in Statement. 7. Nothing contained herein shall be construed as an admission of liability or waiver of any right or defense.

**Statement 26d.** The Debtor has provided financial statements in the ordinary course of their businesses to numerous parties within two years immediately before the Petition Date. The disclosure of each of such parties would be impractical and burdensome as the Debtor generally does not track such sharing. Moreover, the parties with which the Debtor has shared such financial statements may be in turn further shared the financial statements with other entities without the Debtor's knowledge or consent.

**Statement 30.** The information that would otherwise be included in Statement 30 is contained in Statement 4 and is not duplicated in Statement 30.

9793265.v2

Debtor name: Healthe Inc.

United States Bankruptcy Court for the: District of Delaware

Case number: 21-11567

Check if this is an
amended filing

## Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                    04/19

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

**1. Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From<br>1/1/2021 | to      Filing Date | ☑ Operating a business<br>☐ Other | $3,222,626.00 |
| **For prior year:** | From<br>1/1/2020 | to<br>12/31/2020 | ☑ Operating a business<br>☐ Other | $6,652,179.00 |
| **For the year before that:** | From<br>1/1/2019 | to<br>12/31/2019 | ☑ Operating a business<br>☐ Other | $1,735,282.00 |

**2. Non-business revenue**

Include revenue regardless of whether that revenue is taxable. Non-business income may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| **From the beginning of the fiscal year to filing date:** | From | to      Filing Date | | |
| **For prior year:** | From | to | | |
| **For the year before that:** | From | to | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |

### 3. Certain payments or transfers to creditors within 90 days before filing this case

List payments or transfers - including expense reimbursements - to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|
| 3.1<br><br>See SOFA 3 Attachment | | $1,992,147.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. Insiders include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1<br><br>See SOFA 4 Attachment<br><br>Relationship to debtor | | $4,973,393.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other |

### 5. Repossessions, foreclosures, and returns

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller.
Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| 5.1 | | | |

### 6. Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1 | Last 4 digits of account number | | |

| Part 3: | Legal Actions or Assignments |
|---|---|

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1** **Name** Nichia Corporation v. Healthe, Inc. **Case number** 6-19-cv-01332 (M.D. Fla.) | Patent Infringement | Name US Middle District Court of Florida Street City    State    Zip | ☑ Pending ☐ On appeal ☐ Concluded |
| **7.2** **Name** OSRAM Opto Semiconductors GmbH v. Healthe, Inc. **Case number** 19-cv-01616 (D. Del.) | Patent Infringement | Name District of Delaware District Court Street 844 North King St Unit 18 City Wilmington   State DE   Zip 19801-3570 | ☐ Pending ☐ On appeal ☑ Concluded |
| **7.3** **Name** Seoul Semiconductor Co., Ltd., et al. v. Healthe, Inc. **Case number** 19-cv-02264 (M.D. Fla.) | Patent Infringement | Name US Middle District Court of Florida Street City    State    Zip | ☐ Pending ☐ On appeal ☑ Concluded |
| **7.4** **Name** Healthe Inc v. HIGH ENERGY OZONE LLC d/b/a FAR-UV STERILRAY; S. EDWARD NEISTER; AND PATHOGEN PATH CONSULTING LLC **Case number** 6:20-cv-02233 | Patent Infringement | Name US Middle District Court of Florida Street City    State    Zip | ☑ Pending ☐ On appeal ☐ Concluded |

7.5

| Name | | Name | | ☑ Pending |
|---|---|---|---|---|
| *LSG Patent Infringement Cases | Patent Infringement | U.S. District Courts | | ☐ On appeal |
| **Case number** | | Street | | ☐ Concluded |
| Case No. 1-19-cv-01949 '(N.D. Ga.), Case No. 1-19-cv-01948 (N.D. Ga.), Case No. 1-19-cv-00632 (E.D. Wis.), Case No. 1-19-cv-00809 (D. 'Del.), Case No. 1-19-cv-00807 (D. Del.), Case No. 1-19-cv-00806 (D. Del.), Case No. 1-19-cv-00805 (D. Del.), Case No. 1-19-cv-00798 (D. Del.), and Case No. 1-19-cv-00797 (D. Del.) | | City                State       Zip | | |

*LSG filed a complaint at the U.S. International Trade Commission and suits in U.S. District Courts against certain respondents / plaintiffs alleging infringement of LSG's patents ("LSG Patent Infringement Cases"). Because the Company is a licensee of these patents, it joined this complaint and these lawsuits for technical reasons related to standing. LSG bears all the costs and expenses of the LSG Patent Infringement Cases and has agreed to indemnify the Company for any damages it might sustain in or as a result of the LSG Patent Infringement Cases pursuant to an Amended and Restated 'Indemnification Agreement between the parties dated July 19, 2019 ("LSG Indemnification Agreement").

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| Custodian's name and address | Description of the property | Value |
|---|---|---|
| 8.1 | | |
| Custodian's name and address | Case title | Court name and address |
| | | Name |
| Street | Case number | |
| | | Street |
| City          State      Zip | Date of order or assignment | |
| | | City                State   Zip |

---

**Part 4:**    **Certain Gifts and Charitable Contributions**

---

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1 | | | |
| Recipient's name | | | |
| Street | | | |
| City          State      Zip | | | |
| **Recipient's relationship to debtor** | | | |

| Part 5: | Losses |
|---------|--------|

**10. All losses from fire, theft, or other casualty within 1 year before filing this case**

☑ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Date of loss | Value of property lost |
|---|---|---|---|
| 10.1 | | | |

| Part 6: | Certain Payments or Transfers |
|---------|-------------------------------|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1<br><br>Stretto<br>410 Exchange, Suite 100<br>Irvine, CA 92602<br><br>**Email or website address**<br>www.stretto.com<br><br>**Who made the payment, if not debtor?** | | 11/30/21 & 12/9/21 | $10,000.00 |
| 11.2<br><br>Klehr Harrison Harvey Branzburg LLP<br>919 N. Market Street<br>Suite 1000<br>Wilmington, DE 19801-3062<br><br>**Email or website address**<br>https://klehr.com<br><br>**Who made the payment, if not debtor?** | | 11/23/21 & 12/9/21 | $125,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| 12.1<br><br>**Trustee** | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property☐by sale, trade, or any other means☐made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|
| 13.1 | | | |
| _____ | _____ | _____ | _____ |
| Relationship to debtor | | | |
| _____ | | | |

---

| Part 7: | Previous Locations |
|---|---|

---

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | | | Dates of occupancy | |
|---|---|---|---|---|
| **14.1** | | | | |
| Street | | | From | to |
| 3905 W Eau Gallie Blvd Ste 101 | | | 5/1/2020 | 4/30/2021 |
| City | State | Zip | | |
| Melbourne | FL | 32934 | | |
| **14.2** | | | | |
| Street | | | From | to |
| 801 N. Atlantic Ave | | | 1/1/2019 | 5/31/2020 |
| City | State | Zip | | |
| Cocoa Beach | FL | 32931 | | |
| **14.3** | | | | |
| Street | | | From | to |
| 6900 Tavistock Lakes Blvd Ste 150, MS-140D | | | 4/30/2020 | 3/31/2021 |
| City | State | Zip | | |
| Orlando | FL | 32827 | | |

| **Part 8:** | **Health Care Bankruptcies** |

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

☐ diagnosing or treating injury, deformity, or disease, or

☐ providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to part 9.

☐ Yes. Fill in the information below.

| **Facility name and address** | **Nature of the business operation, including type of services the debtor provides** | **If debtor provides meals and housing, number of patients in debtor's care** |
|---|---|---|

15.1

Street

City          State     Zip

**Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider

**How are records kept?**
Check all that apply:

☐ Electronically

☐ Paper

| **Part 9:** | **Personally Identifiable Information** |

**16. Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

Does the debtor have a privacy policy about that information?

☐ No

☐ Yes

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.

☑ Yes. Does the debtor serve as plan administrator?

☑ No. Go to Part 10.

☐ Yes. Fill in below:

**Name of plan**                                    **Employer identification number of the plan**

Has the plan been terminated?

☐ No

☐ Yes

| **Part 10:** | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |

### 18. Closed financial accounts

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred? Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| 18.1 Name _____ Street _____ City _____ State ___ Zip ___ | _____ | ☐ Checking ☐ Savings ☐ Money market ☐ Brokerage ☐ Other _____ | _____ | _____ |

### 19. Safe deposit boxes

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 19.1 Name _____ Street _____ City _____ State ___ Zip ___ | Address _____ | | ☐ No ☐ Yes |

### 20. Off-premises storage

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| 20.1 Name Gebruder Weiss Street 4345 International Pkwy #100 City Atlanta State GA Zip 30354 | Commercial 3rd Party logistics operated warehouse Address | Inventory Overflow | ☐ No ☑ Yes |

**20.2**

| Name | Mark Oostdyk | Inventory Overflow | ☐ No |
| KAM Technologies | | | ☑ Yes |
| Street | Address | | |
| 2030 Cox Rd | 259 Gus Hipp Blvd, Rockledge FL 32955 | | |

City: Cocoa  State: FL  Zip: 32926

**20.3**

| Name | Debra Babb | Inventory Overflow | ☐ No |
| C&D Metals | | | ☑ Yes |
| Street | Address | | |
| 10750 Irma Dr Unit 17 | | | |

City: Northglenn  State: CO  Zip: 80233

**20.4**

| Name | Ran Zhou / Fred Maxik | Equipment | ☐ No |
| Extra Space | | | ☑ Yes |
| Street | Address | | |
| 11261 Narcoossee Rd Unit 2043 | 800 Mary Louis Lane, Kissimmee FL 34744 | | |

City: Orlando  State: FL  Zip: 32832

**20.5**

| Name | Armando Amaro / Rob Martinowski | Equipment / Inventory Storage | ☐ No |
| Public Storage | | | ☑ Yes |
| Street | Address | | |
| 1450 N Wickham Road Unit 1044 | 800 Mary Louis Lane, Kissimmee FL 34744 | | |

City: Melbourne  State: FL  Zip: 32935

**20.6**

| Name | Ryan Lam | Inventory Overflow | ☐ No |
| Gebruder Weiss HK Limited | | | ☑ Yes |
| Street | Address | | |
| 28 On Muk Street Unit A, 6/F, Ever Gain Center | ryan.lam@gw-world.com | | |

City: Shatin, Hong Kong  State:   Zip:

---

**Part 11:**  **Property the Debtor Holds or Controls that the Debtor Does Not Own**

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property

☑ None

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| **21.1** | | | |

**Part 12:    Details About Environmental Information**

**For the purpose of Part 12, the following definitions apply:**

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders

☑ No.

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| 22.1 _____ Case Number | Name _____ Street _____ City ____ State ____ Zip ____ | _____ | ☐ Pending ☐ On appeal ☐ Concluded |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 23.1 Name _____ Street _____ City ____ State ____ Zip ____ | Name _____ Street _____ City ____ State ____ Zip ____ | _____ | _____ |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| 24.1 Name _____ Street _____ City ____ State ____ Zip ____ | Name _____ Street _____ City ____ State ____ Zip ____ | _____ | _____ |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1 | | EIN _____ |
| | | **Dates business existed** |
| | | From _____    to _____ |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26a.1 | David Quigley<br>918 Versailles Ct.<br>Melbourne, FL 32940 | From 4/1/2021    to Present |
| 26a.2 | Sonia Brister<br>3596 Peninsula Cir.<br>Melbourne, FL 32940 | From 1/1/2019    to Present |
| 26a.3 | Ryan Dailey<br>419 Norwood Ave.<br>Orlando, FL 32937 | From 5/27/2019    to Present |
| 26a.4 | Roxanne Ramos<br>899 Natroma Ave SW<br>Palm Bay, FL 32908 | From 1/1/2019    to Present |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | | Dates of service |
|---|---|---|
| 26b.1 | RSM<br>333 S. Garland Ave<br>Suite 1410<br>Orlando, FL 32801 | From 4/1/2021    to 7/31/2021 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1 David Quigley 918 Versailles Ct. Melbourne, FL 32940 | |
| 26c.2 Sonia Brister 3596 Peninsula Cir. Melbourne, FL 32940 | |
| 26c.3 Ryan Dailey 419 Norwood Ave. Orlando, FL 32937 | |
| 26c.4 Roxanne Ramos 899 Natroma Ave SW Palm Bay, FL 32908 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1 Financial statements are issued in the normal course of business, and to aggregate such an extensive list would be unduly burdensome. |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| Rob Martinowski | 1/31/2021 | $5,479,410.00 |

| Name and address of the person who has possession of inventory records |
|---|
| 27.1 Rob Martinowski 1195 Yacht Club Blvd Indian Harbour Beach, FL 32937 |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name and Address | Position and nature of any interest | % of interest, if any |
|---|---|---|
| 28.1 John Rajchert 2245 Portico Green Wayzata, MN 55391 | CEO / Director | 0.0% |
| 28.2 David Quigley 918 Versailles Ct. Melbourne, FL 32940 | Acting CFO* | 0.0% |

*David Quigley is exercising the duties of CFO but has not been appointed a corporate officer by the board of directors

| | | |
|---|---|---|
| 28.3 Fred Maxik 7010 Lake Nona Blvd, Unit 133 Orlando, FL 32827 | CSO, Director | 3.7% |
| 28.4 Craig Cogut Pegasus Capital Advisors L.P. 750 East Main Street, Suite 600 Stamford, CT 06902 | Director | 0.0% |
| 28.5 Joel Haney Pegasus Capital Advisors L.P. 750 East Main Street, Suite 600 Stamford, CT 06902 | Director | 0.0% |
| 28.6 Brian Friedman Pegasus Capital Advisors L.P. 750 East Main Street, Suite 600 Stamford, CT 06902 | Director | |
| 28.7 Dennis McGill 5206 Monterey Dr. Frisco, TX 75034 | Director | 0.0% |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No

☑ Yes. Identify below.

| Name and Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|
| 29.1 Abraham Morris 700 Hideaway Bay Ln. Longboat Key, FL 34228 | Former Executive Chairman | From 1/1/2019 to 1/13/2021 |

| 29.2 | David Meckstroth<br>3304 Cherryview Ct<br>North Bend, OH 45052 | Former CMO (Marketing) | From<br>7/20/2020 | to<br>7/31/2021 |
| 29.3 | Gerard Meyer<br>31 Scott Ln.<br>Orlando, NJ 08540 | Former CEO | From<br>5/31/2021 | to<br>6/22/2021 |
| 29.4 | James Guyette<br>600 Madison Ave, 8th Floor<br>New York, NY 10022 | Former COO and Interim CEO | From<br>9/16/2020 | to<br>12/3/2021 |
| 29.5 | Luis Eljaiek<br>3020 Floyd Ave.<br>Richmond, VA 23221 | Former CMO Medical | From<br>5/6/2020 | to<br>11/20/2020 |
| 29.6 | Matt Higgins<br>720 Greenwich St., 2J<br>New York, NY 10014 | Director | From<br>5/22/2020 | to<br>6/6/2021 |
| 29.7 | Monica Washington Rotthbaum<br>2221 Earleaf Court<br>Longwood, FL 32779 | Former GC | From<br>6/8/2020 | to<br>2/5/2021 |
| 29.8 | Stephen Ross<br>60 Columbus Circle<br>New York, NY 10023 | Director | From<br>6/6/2021 | to<br>11/7/2021 |
| 29.9 | Troy Temple<br>600 Madison Ave, 8th Floor<br>New York, NY 10022 | Former CCO (Commercial) | From<br>10/31/2020 | to<br>11/30/2021 |

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|
| 30.1 | | | |
| See SOFA 4 Attachment | | | |

| Relationship To Debtor |
|---|
| |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ No

☑ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| 31.1 | |
| Lighting Science Group Corp | EIN  23-2596710 |

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| 32.1 | EIN |

| | Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|
| 3.1 | Akerman LLP | PO Box 4906, Orlando, FL, 32802 | 9/30/2021 | $12,614.00 | Bill Payment |
| | | | **TOTAL:** | **$12,614.00** | |
| 3.2 | Alvarez and Marsal Private Equity Perform | 600 Madison Ave, 8th Floor, New York, NY, 10022 | 9/23/2021 | $328,334.00 | Bill Payment |
| 3.3 | Alvarez and Marsal Private Equity Perform | 600 Madison Ave, 8th Floor, New York, NY, 10022 | 10/21/2021 | $340,396.00 | Bill Payment |
| | | | **TOTAL:** | **$668,730.00** | |
| 3.4 | Amex | World Financial Center, 200 Vesey St, New York, NY, 10285 | 10/13/2021 | $5,635.90 | Bill Payment |
| 3.5 | Amex | World Financial Center, 200 Vesey St, New York, NY, 10285 | 10/13/2021 | $10,580.93 | Bill Payment |
| 3.6 | Amex | World Financial Center, 200 Vesey St, New York, NY, 10285 | 10/13/2021 | $10,202.34 | Bill Payment |
| 3.7 | Amex | World Financial Center, 200 Vesey St, New York, NY, 10285 | 11/11/2021 | $1,416.24 | Bill Payment |
| 3.8 | Amex | World Financial Center, 200 Vesey St, New York, NY, 10285 | 11/11/2021 | $5,817.99 | Bill Payment |
| 3.9 | Amex | World Financial Center, 200 Vesey St, New York, NY, 10285 | 11/11/2021 | $9,055.13 | Bill Payment |
| 3.10 | Amex | World Financial Center, 200 Vesey St, New York, NY, 10285 | 11/11/2021 | $533.98 | Bill Payment |
| | | | **TOTAL:** | **$43,242.51** | |
| 3.11 | Anderson Connectivity | 511 N John Rodes Blvd, Melbourne, FL, 32934 | 10/7/2021 | $16,244.36 | Bill Payment |
| | | | **TOTAL:** | **$16,244.36** | |
| 3.12 | Andrade, Rafael | 1532 Vestavia Circle, Melbourne, FL, 32940 | 10/14/2021 | $8,300.00 | Bill Payment |
| 3.13 | Andrade, Rafael | 1532 Vestavia Circle, Melbourne, FL, 32940 | 11/4/2021 | $8,400.00 | Bill Payment |
| 3.14 | Andrade, Rafael | 1532 Vestavia Circle, Melbourne, FL, 32940 | 12/2/2021 | $7,400.00 | Bill Payment |
| | | | **TOTAL:** | **$24,100.00** | |
| 3.15 | C&D Metal Products Inc. | Unit 17, Northglenn, CO, 80233 | 9/23/2021 | $106,936.56 | Bill Payment |
| 3.16 | C&D Metal Products Inc. | Unit 17, Northglenn, CO, 80233 | 10/7/2021 | $207,600.00 | Bill Payment |
| | | | **TOTAL:** | **$314,536.56** | |
| 3.17 | Cedillas, LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 11/25/2021 | $18,018.80 | Bill Payment |
| | | | **TOTAL:** | **$18,018.80** | |
| 3.18 | Citadel Science LLC | 3110 Fairview Park Dr, Suite 1400, Falls Church, VA, 22042 | 10/21/2021 | $45,400.00 | Bill Payment |
| | | | **TOTAL:** | **$45,400.00** | |
| 3.19 | Concur Technologies, Inc. | 800 Market St, Saint Louis, MO, 63101 | 11/18/2021 | $8,163.94 | Bill Payment |
| | | | **TOTAL:** | **$8,163.94** | |
| 3.20 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 9/20/2021 | $70.35 | Bill Payment |
| 3.21 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 9/20/2021 | $308.72 | Bill Payment |
| 3.22 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 9/20/2021 | $447.69 | Bill Payment |
| 3.23 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 9/20/2021 | $507.13 | Bill Payment |
| 3.24 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 9/22/2021 | $598.88 | Bill Payment |
| 3.25 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 9/30/2021 | $139.43 | Bill Payment |
| 3.26 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 10/6/2021 | $294.97 | Bill Payment |
| 3.27 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 10/21/2021 | $55.85 | Bill Payment |
| 3.28 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 10/21/2021 | $246.54 | Bill Payment |
| 3.29 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 10/27/2021 | $161.98 | Bill Payment |
| 3.30 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 11/3/2021 | $129.23 | Bill Payment |
| 3.31 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 11/3/2021 | $354.75 | Bill Payment |
| 3.32 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 11/3/2021 | $412.57 | Bill Payment |
| 3.33 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 11/3/2021 | $773.44 | Bill Payment |
| 3.34 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 11/3/2021 | $2,695.75 | Bill Payment |
| 3.35 | DHL Express USA INC. | 16416 Northchase Dr, Houston, TX, 77060 | 11/17/2021 | $82.60 | Bill Payment |
| | | | **TOTAL:** | **$7,279.88** | |
| 3.36 | DONGXING ELECTRIC CO LTD,NINGBO | No. 1001, South Wushan Road, Qiaotou Town, South Wushan, Cixi City, China | 10/14/2021 | $89,018.00 | Bill Payment |
| 3.37 | DONGXING ELECTRIC CO LTD,NINGBO | No. 1001, South Wushan Road, Qiaotou Town, South Wushan, Cixi City, China | 10/28/2021 | $5,468.85 | Vendor Prepayment |
| | | | **TOTAL:** | **$94,486.85** | |
| 3.38 | Far UV Solutions | 2500 Summer St, Suite 1130, Houston, TX, 77077 | 9/16/2021 | $3,010.00 | Bill Payment |
| 3.39 | Far UV Solutions | 2500 Summer St, Suite 1130, Houston, TX, 77077 | 10/7/2021 | $3,612.00 | Bill Payment |
| 3.40 | Far UV Solutions | 2500 Summer St, Suite 1130, Houston, TX, 77077 | 10/21/2021 | $6,622.00 | Bill Payment |
| 3.41 | Far UV Solutions | 2500 Summer St, Suite 1130, Houston, TX, 77077 | 11/4/2021 | $602.00 | Bill Payment |
| 3.42 | Far UV Solutions | 2500 Summer St, Suite 1130, Houston, TX, 77077 | 11/18/2021 | $2,107.00 | Bill Payment |
| 3.43 | Far UV Solutions | 2500 Summer St, Suite 1130, Houston, TX, 77077 | 11/25/2021 | $5,117.00 | Bill Payment |
| | | | **TOTAL:** | **$21,070.00** | |
| 3.44 | Fifty Pound Brains, LLC (Wes Naylor) | 213 W. Comstock Ave., Suite 111, Winter Park, FL, 32789 | 11/25/2021 | $12,500.00 | Bill Payment |
| 3.45 | Fifty Pound Brains, LLC (Wes Naylor) | 213 W. Comstock Ave., Suite 111, Winter Park, FL, 32789 | 12/2/2021 | $17,265.17 | Bill Payment |
| 3.46 | Fifty Pound Brains, LLC (Wes Naylor) | 213 W. Comstock Ave., Suite 111, Winter Park, FL, 32789 | 12/9/2021 | $721.00 | Bill Payment |
| | | | **TOTAL:** | **$30,486.17** | |
| 3.47 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 9/16/2021 | $4,743.09 | Bill Payment |
| 3.48 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 9/23/2021 | $723.98 | Bill Payment |
| 3.49 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 10/14/2021 | $16,144.60 | Bill Payment |
| 3.50 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 10/28/2021 | $1,556.25 | Bill Payment |
| 3.51 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 11/4/2021 | $2,582.68 | Bill Payment |
| 3.52 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 11/11/2021 | $8,634.35 | Bill Payment |
| 3.53 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 11/18/2021 | $948.67 | Bill Payment |
| 3.54 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 11/25/2021 | $891.07 | Bill Payment |
| 3.55 | Gebruder Weiss, Inc. | 4345 International Pkwy, Suite 100, Hapeville, GA, 30354 | 12/9/2021 | $1,495.00 | Bill Payment |
| | | | **TOTAL:** | **$37,719.69** | |
| 3.56 | Goda Labs, LLC | 10313 Sandy Marsh Ln, Orlando, FL, 32832 | 9/16/2021 | $18,959.80 | Bill Payment |
| 3.57 | Goda Labs, LLC | 10313 Sandy Marsh Ln, Orlando, FL, 32832 | 10/14/2021 | $15,340.88 | Bill Payment |
| | | | **TOTAL:** | **$34,300.68** | |
| 3.58 | Heidrick & Struggles Inc | 1133 Paysphere Circle, Chicago, IL, 60674-1010 | 9/16/2021 | $120,946.55 | Bill Payment |
| | | | **TOTAL:** | **$120,946.55** | |
| 3.59 | KAPPA COMPUTER SYSTEMS LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 9/14/2021 | $6,050.00 | Bill Payment |
| 3.60 | KAPPA COMPUTER SYSTEMS LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 9/22/2021 | $1,788.75 | Bill Payment |
| 3.61 | KAPPA COMPUTER SYSTEMS LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 10/4/2021 | $1,597.00 | Bill Payment |
| 3.62 | KAPPA COMPUTER SYSTEMS LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 10/4/2021 | $2,920.88 | Bill Payment |
| 3.63 | KAPPA COMPUTER SYSTEMS LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 11/4/2021 | $6,050.00 | Bill Payment |
| 3.64 | KAPPA COMPUTER SYSTEMS LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 11/4/2021 | $2,920.88 | Bill Payment |
| 3.65 | KAPPA COMPUTER SYSTEMS LLC | 9517 Clement Rd, Silver Spring, MD, 20910 | 11/4/2021 | $1,597.00 | Bill Payment |
| | | | **TOTAL:** | **$22,924.51** | |
| 3.66 | Koppa, Sunil | 14320 Jockey Circle S, Davie, FL, 33330 | 10/14/2021 | $12,500.00 | Bill Payment |
| 3.67 | Koppa, Sunil | 14320 Jockey Circle S, Davie, FL, 33330 | 11/25/2021 | $12,500.00 | Bill Payment |
| | | | **TOTAL:** | **$25,000.00** | |
| 3.68 | Maxwell, Deanna | 8 Pine Hollow Rd, West Warwick, RI, 02893 | 9/30/2021 | $1,785.00 | Bill Payment |
| 3.69 | Maxwell, Deanna | 8 Pine Hollow Rd, West Warwick, RI, 02893 | 10/21/2021 | $2,485.00 | Bill Payment |
| 3.70 | Maxwell, Deanna | 8 Pine Hollow Rd, West Warwick, RI, 02893 | 11/4/2021 | $2,275.00 | Bill Payment |
| | | | **TOTAL:** | **$6,545.00** | |
| 3.71 | MBJ HOLDINGS LLC (Mary Naylor) | 304 S Fayette St, Alexandria, VA, 22314 | 10/14/2021 | $10,035.69 | Bill Payment |
| 3.72 | MBJ HOLDINGS LLC (Mary Naylor) | 304 S Fayette St, Alexandria, VA, 22314 | 10/28/2021 | $8,333.33 | Bill Payment |
| 3.73 | MBJ HOLDINGS LLC (Mary Naylor) | 304 S Fayette St, Alexandria, VA, 22314 | 11/18/2021 | $8,333.33 | Bill Payment |
| 3.74 | MBJ HOLDINGS LLC (Mary Naylor) | 304 S Fayette St, Alexandria, VA, 22314 | 12/2/2021 | $9,041.70 | Bill Payment |
| 3.75 | MBJ HOLDINGS LLC (Mary Naylor) | 304 S Fayette St, Alexandria, VA, 22314 | 12/9/2021 | $915.55 | Bill Payment |
| | | | **TOTAL:** | **$36,659.60** | |
| 3.76 | MONUMENTAL SPORTS AND ENTERTAINMENT | PO Box 418610, Boston, MA, 02241 | 9/30/2021 | $15,000.00 | Bill Payment |
| | | | **TOTAL:** | **$15,000.00** | |

| | Creditor's Name | Address | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|
| 3.77 | NetSuite | 9517 Clement Rd, Silver Spring, MD, 20910 | 9/30/2021 | $20,649.79 | Bill Payment |
| | | | TOTAL: | $20,649.79 | |
| 3.78 | Polaris Consulting, LLC | PO Box 1304, Alexandria, VA, 22313 | 9/17/2021 | $15,300.00 | Bill Payment |
| 3.79 | Polaris Consulting, LLC | PO Box 1304, Alexandria, VA, 22313 | 10/11/2021 | $15,300.00 | Bill Payment |
| | | | TOTAL: | $30,600.00 | |
| 3.80 | Proto Labs, Inc. | 5540 Pioneer Creek Dr, Maple Plain, MN, 55359 | 9/23/2021 | $8,951.69 | Bill Payment |
| 3.81 | Proto Labs, Inc. | 5540 Pioneer Creek Dr, Maple Plain, MN, 55359 | 10/14/2021 | $685.81 | Bill Payment |
| 3.82 | Proto Labs, Inc. | 5540 Pioneer Creek Dr, Maple Plain, MN, 55359 | 11/18/2021 | $697.25 | Bill Payment |
| | | | TOTAL: | $10,334.75 | |
| 3.83 | RSM US LLP | 9517 Clement Rd, Silver Spring, MD, 20910 | 9/23/2021 | $31,500.00 | Bill Payment |
| 3.84 | RSM US LLP | 9517 Clement Rd, Silver Spring, MD, 20910 | 11/4/2021 | $10,500.00 | Bill Payment |
| | | | TOTAL: | $42,000.00 | |
| 3.85 | Summit Exhibit, LLC | 9924 Universal Blvd, Suite 224-230, Orlando, FL, 32819 | 9/23/2021 | $23,383.14 | Bill Payment |
| 3.86 | Summit Exhibit, LLC | 9924 Universal Blvd, Suite 224-230, Orlando, FL, 32819 | 9/30/2021 | $1,278.00 | Bill Payment |
| 3.87 | Summit Exhibit, LLC | 9924 Universal Blvd, Suite 224-230, Orlando, FL, 32819 | 11/11/2021 | $271.58 | Bill Payment |
| 3.88 | Summit Exhibit, LLC | 9924 Universal Blvd, Suite 224-230, Orlando, FL, 32819 | 11/18/2021 | $10,585.04 | Bill Payment |
| | | | TOTAL: | $35,517.76 | |
| 3.89 | Troutman Pepper Hamilton Sanders LLP | 600 Peachtree St NE, Suite 3000, Atlanta, GA, 30308 | 9/30/2021 | $22,132.50 | Bill Payment |
| | | | TOTAL: | $22,132.50 | |
| 3.90 | Tupperware Brands Corporation | 14901 S Orange Blossom Trail, Orlando, FL, 32837 | 9/30/2021 | $26,583.38 | Bill Payment |
| 3.91 | Tupperware Brands Corporation | 14901 S Orange Blossom Trail, Orlando, FL, 32837 | 10/28/2021 | $26,583.38 | Bill Payment |
| | | | TOTAL: | $53,166.76 | |
| 3.92 | UL / UNDERWRITERS LAB (1486627or 539338) | 333 Pfingsten Rd, Northbrook, IL, 60062-2096 | 10/21/2021 | $5,280.22 | Bill Payment |
| 3.93 | UL / UNDERWRITERS LAB (1486627or 539338) | 333 Pfingsten Rd, Northbrook, IL, 60062-2096 | 11/4/2021 | $11,960.00 | Bill Payment |
| | | | TOTAL: | $17,240.22 | |
| 3.94 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 9/16/2021 | $604.54 | Bill Payment |
| 3.95 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 9/16/2021 | $148.15 | Bill Payment |
| 3.96 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 9/23/2021 | $89.18 | Bill Payment |
| 3.97 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 9/23/2021 | $140.91 | Bill Payment |
| 3.98 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 9/30/2021 | $331.95 | Bill Payment |
| 3.99 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 9/30/2021 | $191.69 | Bill Payment |
| 3.100 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 10/7/2021 | $431.09 | Bill Payment |
| 3.101 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 10/14/2021 | $468.83 | Vendor Prepayment |
| 3.102 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 10/21/2021 | $361.49 | Bill Payment |
| 3.103 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 10/28/2021 | $1,827.64 | Bill Payment |
| 3.104 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 10/28/2021 | $1,838.21 | Bill Payment |
| 3.105 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 11/4/2021 | $142.55 | Bill Payment |
| 3.106 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 11/11/2021 | $404.41 | Bill Payment |
| 3.107 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 11/18/2021 | $78.67 | Bill Payment |
| 3.108 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 12/2/2021 | $996.94 | Bill Payment |
| 3.109 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 12/2/2021 | $1,122.14 | Bill Payment |
| 3.110 | UPS SC-Brokerage | 28013 Network Place, Chicago, IL, 60673 | 12/9/2021 | $10.21 | Bill Payment |
| | | | TOTAL: | $9,188.60 | |
| 3.111 | US Customs & Border Protection Office of | 1400 L St NW, Washington, DC, 20229 | 10/5/2021 | $8,390.28 | Bill Payment |
| 3.112 | US Customs & Border Protection Office of | 1400 L St NW, Washington, DC, 20229 | 11/5/2021 | $4,195.14 | Bill Payment |
| | | | TOTAL: | $12,585.42 | |
| 3.113 | USI Insurance Services | 2502 N Rocky Point Dr, Suite 400, Tampa, FL, 33607 | 11/18/2021 | $50,211.85 | Vendor Prepayment |
| | | | TOTAL: | $50,211.85 | |
| 3.114 | Vaco | 9517 Clement Rd, Silver Spring, MD, 20910 | 11/25/2021 | $2,714.25 | Bill Payment |
| 3.115 | Vaco | 9517 Clement Rd, Silver Spring, MD, 20910 | 12/2/2021 | $5,332.25 | Bill Payment |
| | | | TOTAL: | $8,046.50 | |
| 3.116 | Waller Lansden Dortch & Davis, LLP | PO Box 198966, Nashville, TN, 37219 | 9/30/2021 | $28,835.00 | Bill Payment |
| 3.117 | Waller Lansden Dortch & Davis, LLP | PO Box 198966, Nashville, TN, 37219 | 10/28/2021 | $10,485.50 | Bill Payment |
| | | | TOTAL: | $39,320.50 | |
| 3.118 | Widerman Malek Attorneys at Law | 1990 W New Haven Ave, Suite 201, Melbourne, FL, 32904 | 9/30/2021 | $6,312.50 | Bill Payment |
| 3.119 | Widerman Malek Attorneys at Law | 1990 W New Haven Ave, Suite 201, Melbourne, FL, 32904 | 10/28/2021 | $6,437.00 | Bill Payment |
| | | | TOTAL: | $12,749.50 | |
| 3.120 | Widerman Malek Attorneys at Law, Trust | 1990 W New Haven Ave, Suite 201, Melbourne, FL, 32904 | 10/14/2021 | $5,390.00 | Vendor Prepayment |
| 3.121 | Widerman Malek Attorneys at Law, Trust | 1990 W New Haven Ave, Suite 201, Melbourne, FL, 32904 | 11/4/2021 | $10,090.00 | Vendor Prepayment |
| | | | TOTAL: | $15,480.00 | |
| 3.122 | Willis Towers Watson | | 12/9/2021 | $9,454.00 | Bill Payment |
| | | | TOTAL: | $9,454.00 | |

| | Insider's Name | Address | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|
| 4.1 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 1/29/2021 | $599,603.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.2 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 3/5/2021 | $455,791.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.3 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 4/8/2021 | $437,078.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.4 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 5/20/2021 | $444,822.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.5 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 6/17/2021 | $344,122.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.6 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 7/15/2021 | $390,077.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.7 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 8/20/2021 | $357,360.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.8 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 9/23/2021 | $328,334.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| 4.9 | Alvarez & Marsal | 600 Madison Ave, 8th Floor, New York, NY 10022 | COO & CCO | 10/21/2021 | $340,396.00 | Fees - A&M engagement Jim Guyette and Troy Temple |
| | | | | **TOTAL:** | **$3,697,583.00** | |
| 4.10 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 01/15/2021 | $8,333.33 | Gross Salary |
| 4.11 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 01/15/2021 | $250.00 | 401(k) Match |
| 4.12 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 02/01/2021 | $8,333.33 | Gross Salary |
| 4.13 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 02/01/2021 | $250.00 | 401(k) Match |
| 4.14 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 02/16/2021 | $8,333.33 | Gross Salary |
| 4.15 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 02/16/2021 | $250.00 | 401(k) Match |
| 4.16 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 02/26/2021 | $8,333.33 | Gross Salary |
| 4.17 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 02/26/2021 | $250.00 | 401(k) Match |
| 4.18 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 03/15/2021 | $8,333.33 | Gross Salary |
| 4.19 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 03/15/2021 | $250.00 | 401(k) Match |
| 4.20 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 03/31/2021 | $8,333.33 | Gross Salary |
| 4.21 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 03/31/2021 | $250.00 | 401(k) Match |
| 4.22 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 04/15/2021 | $8,333.33 | Gross Salary |
| 4.23 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 04/15/2021 | $250.00 | 401(k) Match |
| 4.24 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 04/30/2021 | $8,333.33 | Gross Salary |
| 4.25 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 04/30/2021 | $250.00 | 401(k) Match |
| 4.26 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 05/14/2021 | $8,333.33 | Gross Salary |
| 4.27 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 05/14/2021 | $250.00 | 401(k) Match |
| 4.28 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 05/28/2021 | $8,333.33 | Gross Salary |
| 4.29 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 05/28/2021 | $250.00 | 401(k) Match |
| 4.30 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 06/15/2021 | $8,333.33 | Gross Salary |
| 4.31 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 06/15/2021 | $250.00 | 401(k) Match |
| 4.32 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 06/30/2021 | $8,333.33 | Gross Salary |
| 4.33 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 06/30/2021 | $250.00 | 401(k) Match |
| 4.34 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 07/15/2021 | $8,333.33 | Gross Salary |
| 4.35 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 07/15/2021 | $250.00 | 401(k) Match |
| 4.36 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 07/30/2021 | $8,333.33 | Gross Salary |
| 4.37 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 07/30/2021 | $250.00 | 401(k) Match |
| 4.38 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 08/13/2021 | $30.63 | 401(k) Match |
| 4.39 | David Meckstroth | 3304 Cherryview Ct., North Bend, OH 45052 | Chief Marketing Officer | 08/13/2021 | $1,021.15 | Earned vacation balance |
| | | | | **TOTAL:** | **$121,218.40** | |
| 4.40 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 12/10/2021 | $6,818.18 | Gross Salary |
| 4.41 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 12/10/2021 | $204.55 | 401(k) Match |
| 4.42 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 01/15/2021 | $9,375.00 | Gross Salary |
| 4.43 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 01/15/2021 | $281.25 | 401(k) Match |
| 4.44 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 02/01/2021 | $9,375.00 | Gross Salary |
| 4.45 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 02/01/2021 | $281.25 | 401(k) Match |
| 4.46 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 02/16/2021 | $9,375.00 | Gross Salary |
| 4.47 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 02/16/2021 | $281.25 | 401(k) Match |
| 4.48 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 02/28/2021 | $9,375.00 | Gross Salary |
| 4.49 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 02/28/2021 | $281.25 | 401(k) Match |
| 4.50 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 03/15/2021 | $9,375.00 | Gross Salary |
| 4.51 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 03/15/2021 | $281.25 | 401(k) Match |
| 4.52 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 03/31/2021 | $9,375.00 | Gross Salary |
| 4.53 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 03/31/2021 | $281.25 | 401(k) Match |
| 4.54 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 04/15/2021 | $9,375.00 | Gross Salary |
| 4.55 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 04/15/2021 | $281.25 | 401(k) Match |
| 4.56 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 04/30/2021 | $9,375.00 | Gross Salary |
| 4.57 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 04/30/2021 | $281.25 | 401(k) Match |
| 4.58 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 05/14/2021 | $9,375.00 | Gross Salary |
| 4.59 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 05/14/2021 | $281.25 | 401(k) Match |
| 4.60 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 05/28/2021 | $9,375.00 | Gross Salary |
| 4.61 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 05/28/2021 | $281.25 | 401(k) Match |
| 4.62 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 06/15/2021 | $9,375.00 | Gross Salary |
| 4.63 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 06/15/2021 | $281.25 | 401(k) Match |
| 4.64 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 06/30/2021 | $9,375.00 | Gross Salary |
| 4.65 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 06/30/2021 | $281.25 | 401(k) Match |
| 4.66 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 07/15/2021 | $9,375.00 | Gross Salary |
| 4.67 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 07/15/2021 | $281.25 | 401(k) Match |
| 4.68 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 07/30/2021 | $9,375.00 | Gross Salary |
| 4.69 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 07/30/2021 | $281.25 | 401(k) Match |
| 4.70 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 08/13/2021 | $9,375.00 | Gross Salary |
| 4.71 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 08/13/2021 | $281.25 | 401(k) Match |
| 4.72 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | CEO | 08/13/2021 | $22,916.67 | Gross Salary |
| 4.73 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 08/31/2021 | $9,375.00 | Gross Salary |
| 4.74 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 08/31/2021 | $281.25 | 401(k) Match |

| | Insider's Name | Address | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|
| 4.75 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 09/15/2021 | $9,375.00 | Gross Salary |
| 4.76 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 09/15/2021 | $281.25 | 401(k) Match |
| 4.77 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 09/30/2021 | $9,375.00 | Gross Salary |
| 4.78 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 09/30/2021 | $281.25 | 401(k) Match |
| 4.79 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 10/15/2021 | $9,375.00 | Gross Salary |
| 4.80 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 10/15/2021 | $281.25 | 401(k) Match |
| 4.81 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 10/29/2021 | $9,375.00 | Gross Salary |
| 4.82 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 10/29/2021 | $281.25 | 401(k) Match |
| 4.83 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 11/15/2021 | $9,375.00 | Gross Salary |
| 4.84 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 11/15/2021 | $281.25 | 401(k) Match |
| 4.85 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 11/30/2021 | $9,375.00 | Gross Salary |
| 4.86 | David Quigley | 918 Versailles Ct, Melbourne, FL 32940 | Acting CFO | 11/30/2021 | $281.25 | 401(k) Match |
| | | | | **TOTAL:** | **$242,376.90** | |
| 4.87 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 12/10/2021 | $12,090.91 | Gross Salary |
| 4.88 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 12/10/2021 | $960.36 | B3-DPINS |
| 4.89 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 12/10/2021 | $888.23 | Auto allowance |
| 4.90 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 12/10/2021 | $293.65 | 401(k) Match |
| 4.91 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 01/15/2021 | $16,625.00 | Gross Salary |
| 4.92 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 01/15/2021 | $525.40 | 401(k) Match |
| 4.93 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 01/15/2021 | $888.23 | Auto allowance |
| 4.94 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 01/15/2021 | $894.63 | B3-DPINS |
| 4.95 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/01/2021 | $16,625.00 | Gross Salary |
| 4.96 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/01/2021 | $525.40 | 401(k) Match |
| 4.97 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/01/2021 | $888.23 | Auto allowance |
| 4.98 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/01/2021 | $894.63 | B3-DPINS |
| 4.99 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/16/2021 | $16,625.00 | Gross Salary |
| 4.100 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/16/2021 | $525.40 | 401(k) Match |
| 4.101 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/16/2021 | $888.23 | Auto allowance |
| 4.102 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/16/2021 | $894.63 | B3-DPINS |
| 4.103 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/28/2021 | $16,625.00 | Gross Salary |
| 4.104 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/28/2021 | $525.40 | 401(k) Match |
| 4.105 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/28/2021 | $888.23 | Auto allowance |
| 4.106 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 02/28/2021 | $894.63 | B3-DPINS |
| 4.107 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/15/2021 | $16,625.00 | Gross Salary |
| 4.108 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/15/2021 | $525.40 | 401(k) Match |
| 4.109 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/15/2021 | $888.23 | Auto allowance |
| 4.110 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/15/2021 | $894.63 | B3-DPINS |
| 4.111 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/31/2021 | $16,625.00 | Gross Salary |
| 4.112 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/31/2021 | $525.40 | 401(k) Match |
| 4.113 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/31/2021 | $888.23 | Auto allowance |
| 4.114 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 03/31/2021 | $894.63 | B3-DPINS |
| 4.115 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/15/2021 | $16,625.00 | Gross Salary |
| 4.116 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/15/2021 | $525.40 | 401(k) Match |
| 4.117 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/15/2021 | $888.23 | Auto allowance |
| 4.118 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/15/2021 | $894.63 | B3-DPINS |
| 4.119 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/30/2021 | $16,625.00 | Gross Salary |
| 4.120 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/30/2021 | $525.40 | 401(k) Match |
| 4.121 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/30/2021 | $888.23 | Auto allowance |
| 4.122 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 04/30/2021 | $894.63 | B3-DPINS |
| 4.123 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/14/2021 | $16,625.00 | Gross Salary |
| 4.124 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/14/2021 | $525.40 | 401(k) Match |
| 4.125 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/14/2021 | $888.23 | Auto allowance |
| 4.126 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/14/2021 | $894.63 | B3-DPINS |
| 4.127 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/28/2021 | $16,625.00 | Gross Salary |
| 4.128 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/28/2021 | $525.40 | 401(k) Match |
| 4.129 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/28/2021 | $888.23 | Auto allowance |
| 4.130 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 05/28/2021 | $894.63 | B3-DPINS |
| 4.131 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/15/2021 | $16,625.00 | Gross Salary |
| 4.132 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/15/2021 | $525.40 | 401(k) Match |
| 4.133 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/15/2021 | $888.23 | Auto allowance |
| 4.134 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/15/2021 | $960.36 | B3-DPINS |
| 4.135 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/30/2021 | $16,625.00 | Gross Salary |
| 4.136 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/30/2021 | $525.40 | 401(k) Match |
| 4.137 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/30/2021 | $888.23 | Auto allowance |
| 4.138 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 06/30/2021 | $960.36 | B3-DPINS |
| 4.139 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/15/2021 | $16,625.00 | Gross Salary |
| 4.140 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/15/2021 | $498.75 | 401(k) Match |
| 4.141 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/15/2021 | $0.00 | Auto allowance |
| 4.142 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/15/2021 | $960.36 | B3-DPINS |
| 4.143 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/30/2021 | $16,625.00 | Gross Salary |
| 4.144 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/30/2021 | $552.04 | 401(k) Match |
| 4.145 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/30/2021 | $1,776.46 | Auto allowance |
| 4.146 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 07/30/2021 | $960.36 | B3-DPINS |
| 4.147 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/13/2021 | $16,625.00 | Gross Salary |
| 4.148 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/13/2021 | $525.40 | 401(k) Match |
| 4.149 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/13/2021 | $888.23 | Auto allowance |
| 4.150 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/13/2021 | $960.36 | B3-DPINS |
| 4.151 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/31/2021 | $16,625.00 | Gross Salary |
| 4.152 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/31/2021 | $525.40 | 401(k) Match |
| 4.153 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/31/2021 | $888.23 | Auto allowance |
| 4.154 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 08/31/2021 | $960.36 | B3-DPINS |
| 4.155 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/15/2021 | $16,625.00 | Gross Salary |
| 4.156 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/15/2021 | $525.40 | 401(k) Match |
| 4.157 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/15/2021 | $888.23 | Auto allowance |
| 4.158 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/15/2021 | $960.36 | B3-DPINS |

| | Insider's Name | Address | Relationship to the Debtor | Payment Date | Payment Amount | Reason for Payment or Transfer |
|---|---|---|---|---|---|---|
| 4.159 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/30/2021 | $16,625.00 | Gross Salary |
| 4.160 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/30/2021 | $525.40 | 401(k) Match |
| 4.161 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/30/2021 | $888.23 | Auto allowance |
| 4.162 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 09/30/2021 | $960.36 | B3-DPINS |
| 4.163 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/15/2021 | $16,625.00 | Gross Salary |
| 4.164 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/15/2021 | $525.40 | 401(k) Match |
| 4.165 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/15/2021 | $888.23 | Auto allowance |
| 4.166 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/15/2021 | $960.36 | B3-DPINS |
| 4.167 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/29/2021 | $16,625.00 | Gross Salary |
| 4.168 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/29/2021 | $525.40 | 401(k) Match |
| 4.169 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/29/2021 | $888.23 | Auto allowance |
| 4.170 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 10/29/2021 | $960.36 | B3-DPINS |
| 4.171 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/15/2021 | $16,625.00 | Gross Salary |
| 4.172 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/15/2021 | $525.40 | 401(k) Match |
| 4.173 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/15/2021 | $888.23 | Auto allowance |
| 4.174 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/15/2021 | $960.36 | B3-DPINS |
| 4.175 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/30/2021 | $16,625.00 | Gross Salary |
| 4.176 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/30/2021 | $525.40 | 401(k) Match |
| 4.177 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/30/2021 | $888.23 | Auto allowance |
| 4.178 | Fred Maxik | 7010 Lake Nona Blvd, Unit 133, Orlando, FL 32827 | Chief Scientific Officer / Director | 11/30/2021 | $960.36 | B3-DPINS |
| | | | | **TOTAL:** | **$431,553.62** | |
| 4.179 | Gerard Meyer | 31 Scott Ln, Princeton, NJ 08540 | Former CEO | 06/15/2021 | $20,833.34 | Gross Salary |
| 4.180 | Gerard Meyer | 31 Scott Ln, Princeton, NJ 08540 | Former CEO | 06/15/2021 | $625.00 | 401(k) Match |
| 4.181 | Gerard Meyer | 31 Scott Ln, Princeton, NJ 08540 | Former CEO | 07/15/2021 | $9,469.70 | Gross Salary |
| 4.182 | Gerard Meyer | 31 Scott Ln, Princeton, NJ 08540 | Former CEO | 07/15/2021 | $1,603.37 | Earned vacation balance |
| 4.183 | Gerard Meyer | 31 Scott Ln, Princeton, NJ 08540 | Former CEO | 08/13/2021 | $9,666.24 | Severance |
| | | | | **TOTAL:** | **$42,197.65** | |
| 4.184 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 12/10/2021 | $16,666.67 | Gross Salary |
| 4.185 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 12/10/2021 | $3,182.10 | Housing allowance |
| 4.186 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 12/10/2021 | $99.25 | 401(k) Match |
| 4.187 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 08/31/2021 | $22,916.67 | Gross Salary |
| 4.188 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 09/15/2021 | $22,916.67 | Gross Salary |
| 4.189 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 09/30/2021 | $22,916.67 | Gross Salary |
| 4.190 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 09/30/2021 | $114.59 | 401(k) Match |
| 4.191 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 10/15/2021 | $22,916.67 | Gross Salary |
| 4.192 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 10/15/2021 | $114.59 | 401(k) Match |
| 4.193 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 10/29/2021 | $22,916.67 | Gross Salary |
| 4.194 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 10/29/2021 | $114.59 | 401(k) Match |
| 4.195 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 11/15/2021 | $22,916.67 | Gross Salary |
| 4.196 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 11/15/2021 | $114.59 | 401(k) Match |
| 4.197 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 11/30/2021 | $22,916.67 | Gross Salary |
| 4.198 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 11/30/2021 | $172.53 | 401(k) Match |
| 4.199 | John Rajchert | 2245 Portico Green, Wayzata, MN 55391 | CEO | 11/30/2021 | $11,588.59 | Housing allowance |
| | | | | **TOTAL:** | **$192,584.19** | |
| 4.200 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 02/05/2021 | $27,083.33 | Severance |
| 4.201 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 02/16/2021 | $13,541.67 | Severance |
| 4.202 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 02/26/2021 | $13,541.67 | Severance |
| 4.203 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 03/15/2021 | $13,541.67 | Severance |
| 4.204 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 03/31/2021 | $13,541.67 | Severance |
| 4.205 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 04/15/2021 | $13,541.67 | Severance |
| 4.206 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 04/30/2021 | $13,541.67 | Severance |
| 4.207 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 05/14/2021 | $13,541.67 | Severance |
| 4.208 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 05/28/2021 | $13,541.67 | Severance |
| 4.209 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 06/15/2021 | $13,541.67 | Severance |
| 4.210 | Kim Lee | 240 Robinwood Lane, Hillsborough, CA 94010 | Former CEO | 06/30/2021 | $13,541.67 | Severance |
| | | | | **TOTAL:** | **$162,500.03** | |
| 4.211 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 1/15/2021 | $50,000.00 | Bonus |
| 4.212 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 2/16/2021 | $5,288.46 | Earned vacation balance |
| 4.213 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 01/15/2021 | $11,458.34 | Gross Salary |
| 4.214 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 01/15/2021 | $307.29 | 401(k) Match |
| 4.215 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 02/01/2021 | $11,458.34 | Gross Salary |
| 4.216 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 02/01/2021 | $57.29 | 401(k) Match |
| 4.217 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 02/16/2021 | $4,759.62 | Gross Salary |
| 4.218 | Monica Washington Rothbaum | 2221 Earleaf Court, Longwood, FL 32779 | General Counsel | 02/16/2021 | $50.24 | 401(k) Match |
| | | | | **TOTAL:** | **$83,379.58** | |

| Fill in this information to identify the case: |
| --- |
| Debtor name: Healthe Inc. |
| United States Bankruptcy Court for the: District of Delaware |
| Case number: 21-XXXXX |

☐ Check if this is an amended filing

**WARNING** - Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this Statement of Financial Affairs and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12/10/21

_____
Signature of individual signing on behalf of debtor

David Quigley
_____
Printed name

Chief Financial Officer
_____
Position or relationship to debtor

**Are additional pages to Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy (Official Form 207) attached?**

☐ No
☑ Yes