**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>Healthe, Inc.,<br><br>Debtor. | Chapter 7<br><br>Case No. 21-11567 (MFW)<br><br>**Re: Claims Nos. 39 and 40** |

## NOTICE OF WITHDRAWAL OF CLAIMS NOS. 39 AND 40

Pursuant to Federal Rule of Bankruptcy Procedure 3006, Creditor SMR Revocable Trust u/a/d 12/12/13 ("SMR"), by and through its undersigned counsel, hereby withdraws with prejudice (1) Claim No. 39, filed by SMR with this Court on April 5, 2022, in the amount of $20,000,007.75; and (2) Claim No. 40, filed by SMR with this Court on April 5, 2022, in the amount of $8,797,187.71.

Dated: May 5, 2023

Respectfully submitted,

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Sean M. Beach*
Sean M. Beach (No. 4070)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253
Email: sbeach@ycst.com

*Attorneys for Creditor SMR Revocable Trust u/a/d 12/12/13*

30353346.1